UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND STORM, LLC and<br>MELISSA KORPACZ, JD,<br><br>Plaintiffs,<br><br>v.<br><br>WOMEN'S PROFESSIONAL FOOTBALL<br>LEAGUE ("WPFL"), et al.,<br><br>Defendants. | Civil Docket Number:<br>04-10735-RWZ |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Brian D. Gross and the law firm of Cooley Manion Jones LLP as attorneys for defendants Women's Professional Football League ("WPFL"), Lisa I. Vessey, Beth Markell, Charlene Daniels, Jennifer Cada, Robin Howington, Dawn Berndt, Shelly Squires, Jody Taylor, Long Beach Aftershock, Esther Pichardo, Debbie Gentz, The Toledo Reign, Beth Razzoog, Delaware Griffins, Alena Malatesta, Dayton Rebellion, Sarah McClain, Syracuse Sting, Cabrina Gilbert, Houston Energy Football, Inc., Arizona Caliente, Indiana Speed, Sandy Ballard, Missouri Avengers, Becky McCann, Minnesota Vixen, Dallas Diamonds, Kristy Benenhaley, New York Dazzle Football, Neil Scheier, Los Angeles Amazons, Aubrey Duncan, Kay Carter, Southern California Scorpions, Christine Sugget, Ann Bagala, and Natalie Gorman in the above-referenced action.

Respectfully submitted,

/s/ Brian D. Gross
_____
Brian D. Gross, BBO No. 637718
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA  02110-3536
(617) 737-3100

Dated: May 10, 2004

### CERTIFICATE OF SERVICE

I, Brian D. Gross, attorney for the Defendants in the above-captioned action, hereby certify that I served a copy of the foregoing to all counsel of record via first class mail, postage prepaid on this 10th day of May, 2004.

/s/ Brian D. Gross
_____
Brian D. Gross

124409v1