UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEW ENGLAND STORM, LLC and )
MELISSA KORPACZ, JD, )
 )
       Plaintiffs, )
 )
v. )  Civil Docket Number:
 )  04-10735-RWZ
WOMEN'S PROFESSIONAL FOOTBALL )
LEAGUE ("WPFL"), et al., )
 )
       Defendants. )
 )

FILING FEE PAID:
RECEIPT # 55280
AMOUNT $ 52.00
BY DPTY CLK
DATE 5/10/04

### MOTION TO ADMIT CARLTON D. WILDE, JR. PRO HAC VICE

I, Brian D. Gross, a member in good standing of the Bar of the Commonwealth of Massachusetts and this Court, hereby request on behalf of the defendants Women's Professional Football League ("WPFL"), Lisa I. Vessey, Beth Markell, Charlene Daniels, Jennifer Cada, Robin Howington, Dawn Berndt, Shelly Squires, Jody Taylor, Long Beach Aftershock, Esther Pichardo, Debbie Gentz, The Toledo Reign, Beth Razzoog, Delaware Griffins, Alena Malatesta, Dayton Rebellion, Sarah McClain, Syracuse Sting, Cabrina Gilbert, Houston Energy Football, Inc., Arizona Caliente, Indiana Speed, Sandy Ballard, Missouri Avengers, Becky McCann, Minnesota Vixen, Dallas Diamonds, Kristy Benenhaley, New York Dazzles Football, Neil Scheier, Los Angeles Amazons, Aubrey Duncan, Kay Carter, Southern California Scorpions, Christine Sugget, Ann Bagala, and Natalie Gorman ("Defendants"), that Carlton D. Wilde, Jr. be permitted to appear before this Court pursuant to Local Rule 83.5.3(b) in the above-captioned action. The

Affidavit of Carlton D. Wilde, Jr. is submitted herewith in support of this motion.

Respectfully submitted,

/s/ Brian D. Gross
_____
Brian D. Gross, BBO# 637718
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

Dated: May 10, 2004

**CERTIFICATE OF SERVICE**

I, Brian D. Gross, attorney for the Defendants in the above-captioned action, hereby certify that I served a copy of the foregoing to all counsel of record via first class mail, postage prepaid on this 10th day of May, 2004.

/s/ Brian D. Gross
_____
Brian D. Gross

124061v1