16. Enter and order that Plaintiff Korpacz be authorized and granted access to all Board Meetings and Voting matters until this matter is resolved in a court of law.

**OR**

17. Enter an Order to enjoin the Defendants from playing football. Specifically an order enjoining all Defendants from engaging in the business of women's football under the auspices of "WPFL", "Women's Professional Football League" or *any* other name in the United States;

18. Enjoin the Defendants from engaging in any business relationships with any/all of the persons and entities named in the Complaint including but not limited to the participation of playing each other in football games.

**AND**

19. Such further relief as the Court deems just and equitable.

20. Plaintiff requests a jury trial on all of the aforementioned counts.

_____
PRO SE PLAINTIFF,
NEW ENGLAND STORM, LLC
MELISSA A. KORPACZ, JD

May 13, 2004

**DELIVERY BY HAND**

Civil Clerk's Office
U. S. District Court of Massachusetts
One Courthouse Way
Boston, MA 02210

    Re:    *NEW ENGLAND STORM, LLC., and MELISSA A. KORPACZ, JD v. WOMEN'S PROFESSIONAL FOOTBALL LEAGUE ("WPFL") et al*
           CIVIL ACTION NO: 04-10735-RWZ

Dear Sir or Madam:

Enclosed for filing in the above referenced action are the following:

1. Plaintiff's signed signature page to replace previously filed signature page attached to Plaintiff's Verified Complaint.

To verify receipt, kindly time-date stamp the enclosed copies of this document. Thank you for your attention to this matter.

Sincerley,

*[signature]*

Melissa A. Korpacz. - Pro Se Plaintiff
P.O. Box 808 Medford, MA  02155
781-866-9700 (phone) 781-393-0665 (fax)


cc:    Attorney Brian Gross (Via Fax and First Class Mail)
       Attorney Carlton D. Wilde, Jr. (Via Fax and First Class Mail)