UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 04-10735-RWZ

NEW ENGLAND STORM, LLC.,　　　　　　　　　　　　　　)
MELISSA A. KORPACZ, JD　　　　　　　　　　　　　　　)
　　　Plaintiffs,　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
WOMEN'S PROFESSIONAL FOOTBALL LEAGUE ("WPFL") et al   )

## DECLARATION OF MELISSA A. KORPACZ IN SUPPORT OF PLAINTIFF'S MOTION FOR EMERGENCY TEMPORARY RESTRAIING ORDER

I, Melissa A. Korpacz, do hereby declare and state that the following is based upon my personal knowledge and I believe all of my statements to be true, except where based upon information and belief, and as to those statements, I am informed and believe them to be true.

1. I am the owner of the New England Storm, Women's Professional Football Team, which is also a Plaintiff, in the above-captioned action.

2. I submit this Declaration in support of Plaintiff's Motion for an Emergency Temporary Restraining in that this Court either: **A** - Enter an order requiring that (1) Plaintiff Korpacz and her team, New England Storm Women's Professional Football ("WPFL") Team be allowed to participate in the 2004 WPFL Season and be placed on the upcoming schedule set to be released May 15, 2004; (2) Plaintiff Korpacz be authorized and permitted access to all Board meetings and voting matters until this matter is resolved on its merits; (3) the New England Storm logo be placed back on the WPFL website; (4) the Notice of Expulsion issued by the WPFL Commissioner on March 7, 2004 be vacated and removed from the WPFL website pending the outcome of this litigation;

**OR** **B** – Enter an order (1) enjoining Defendants from releasing the WPFL schedule without the Plaintiff and her team listed on said schedule, (2) enjoining Defendants from playing football or engaging in the business of women's football under the auspices of "WPFL", "Women's Professional Football League" or *any* other name in the United States, including but not limited to playing football in general, and/or operating as a football franchise, etc.; and (3) enjoining the Defendants from engaging in any football business relationships with any/all of the persons and entities named in the Complaint.

3. This controversy dates back to March 6, 2004, when Defendant's improperly and unlawfully expelled Plaintiff and her team from the WPFL in which she is a Founding Member and 1/3 owner and has been since 2000.

4. Said Defendant's do not have valid executed contracts with the WPFL and their prior contracts expired on December 31, 2003.

5. Based upon the improper and unlawful expulsion, Plaintiff filed a civil lawsuit in the United States District Court of Massachusetts against the WPFL and all teams, team owner and/or individuals who participated in the expulsion of Plaintiff Korpacz and her team.

6. All named Defendant's are continuing to represent themselves as the Board of Directors of the WPFL and continuing to conduct business despite not having valid executed contracts.

7. Although Defendant's have a direct and unequivocal disregard for the law and WPFL Bylaws, Plaintiff is desiring to remove, as expeditiously as possible, the stigma of any further irreparable harm against her and her team with respect to Sponsors, Venue, Players, Staff, etc.

8. Plaintiff filed her request for emergency TRO action on May 13, 2004 in this Court.

9. Plaintiff's Original Complaint was filed on April 12, 2004 with this Court.

10. Upon information and belief, which Plaintiff has recently received, indicates that the WPFL is set to release their 2004 schedule on May 15, 2004.

11. Plaintiff had filed a Preliminary Injunction with this Court with her Verified Complaint. Yet due to the urgency placed by the upcoming WPFL schedule release date, Plaintiff must seek this emergency TRO to mandate the status quo pending trial on the merits of her claims in this action and for the protection of her business and her team's name and reputation.

12. If Plaintiff is not included on the WPFL schedule or Defendant's are permitted to move forward without the New England Storm on their schedule, they will have virtually suffocated Plaintiff's business and the irreparable harm will be devastating.

13. Attached herewith please see summary of both past and present sponsors of Plaintiff Korpacz and the New England Storm.

14. Attached herewith please find the sponsor page of the New England Storm Women's Professional Football Team located at www.newenglandstorm.com/team/sponsor.

15. Plaintiff has served Attorney for the Defendants this Declaration, Emergency Motion, Memorandum in Support of plaintiff's Motion and Proposed Order.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of May 2004 at Boston, Massachusetts.

Respectfully submitted,

*/s/ Melissa A. K.*

Melissa A. Korpacz. - Pro Se Plaintiff
P.O. Box 808 Medford, MA 02155
781-866-9700 (phone) 781-393-0665 (fax)