UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW ENGLAND STORM, LLC., <br> MELISSA A. KORPACZ, JD <br> Plaintiffs, <br><br> v. <br><br> WOMEN'S PROFESSIONAL <br> FOOTBALL LEAGUE ("WPFL") et al | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> NO: 04-10735-RWZ |

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Melissa A. Korpacz ("Korpacz") and Plaintiff New England Storm, LLC ("Storm") (hereinafter "Plaintiffs") respectfully submit this response to Defendants' Motion to Dismiss their Verified Complaint in this action.

Plaintiffs assent to the alternate request in Defendants' Motion to Dismiss, and the Court's request during the hearing of May 14, 2004 in this matter, that Plaintiffs replead their Complaint in more concise and brief terms in compliance with the applicable Federal and Local Rules. Plaintiffs respectfully request leave to file an Amended Complaint in this action on or before May 27, 2004.

Respectfully submitted,
Plaintiff Melissa Korpacz

Dated: May 24, 2004

_/s/ Melissa A. Korpacz_
Melissa A. Korpacz. - Pro Se
P.O. Box 808 Medford, MA 02155
781-866-9700 (phone)
781-393-0665 (fax)

1

Plaintiff New England Storm, LLC
By its Attorneys,

_____
Thomas C. O'Konski BBO# 377475
Kevin Gannon BBO# 640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
617-951-2500 (phone)
617-951-3927 (fax)

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by facsimile and first class mail on May 24, 2004:

Brian D. Gross
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110

Carlton D. Wilde, Jr.
FRANKLIN, CALDWELL & JONES, PC
1001 McKinney, 18th Floor
Houston, TX 77002

_____