UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 04-10735-RWZ

| | |
|---|---|
| NEW ENGLAND STORM, LLC., and<br>MELISSA A. KORPACZ, JD<br>Plaintiffs,<br><br>v.<br><br>WOMEN'S PROFESSIONAL<br>FOOTBALL LEAGUE ("WPFL") et al | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' RENEWED REQUEST FOR EMERGENCY TEMPORARY RESTRAINING ORDER AGAINST DEFENDANT WOMEN'S PROFESSIONAL FOOTBALL LEAGUE**

Pursuant to the provisions of Fed.R.Civ.P. 65(b), Plaintiffs Melissa A. Korpacz ("Korpacz") and New England Storm, LLC ("Storm") (hereinafter collectively "Plaintiffs") hereby renew their request that this Honorable Court issue an Emergency Temporary Restraining Order (hereinafter "TRO") against defendant Women's Professional Football League (hereinafter "WPFL"), enjoining and restraining it, its officers, directors, attorneys, employees, agents, successors, assigns, and any person or entity in active concert or participation with any of them, with actual notice thereof, from: (1) issuing any schedule or playing any games sponsored by the WPFL without Plaintiff Storm listed on said schedule and participating on an equal footing with other WPFL teams in such games; (2) preventing or otherwise interfering with Plaintiff Korpacz' access to and participation in all Board meetings and voting matters of the WPFL; (3) removing or failing to re-list the Plaintiff Storm's logo on the WPFL website together and in equal prominence with those of other WPFL teams; (4) maintaining or failing to delete the Notice of Expulsion press release regarding Plaintiffs currently posted on the WPFL website; and (5) issuing any proposed restructure of the WPFL, all pending full hearing

1

on Plaintiffs' Motion for a Preliminary Injunction within ten (10) days of the issuance of this TRO.

As grounds for this request, Plaintiffs submit their accompanying Memorandum In Support of this Renewed Request for Emergency Temporary Restraining Order, the Declaration of Melissa Korpacz and Exhibits thereto, which are being filed contemporaneously herewith.

A Verified Complaint was previously filed with this Court on April 12, 2004. As indicated below, Plaintiff Storm is now represented by counsel for purposes of this Renewed Request and any hearing on Plaintiffs' Motion for a Preliminary Injunction. Also, in light of the concerns expressed by the Court during the hearing on May 14, 2004, Plaintiffs file concurrently herewith their Response to Defendants' Motion to Dismiss and Plaintiffs' Motion for Leave to File an Amended Verified Complaint in compliance with the applicable Federal and Local Rules and is the requested thirty (30) pages in length. Plaintiffs are also filing contemporaneously herewith their Proposed Temporary Restraining Order.

Dated: May 24, 2004

Respectfully submitted,
Plaintiff Melissa A. Korpacz

_____
Melissa A. Korpacz - Pro Se
P.O. Box 808 Medford, MA 02155
781-866-9700 (phone)
781-393-0665 (fax)

Plaintiff New England Storm, LLC
By its Attorneys,

_____
Thomas C. O'Konski BBO# 377475
Kevin Gannon BBO# 640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
617-951-2500 (phone)
617-951-3927 (fax)

2