UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10735-RWZ

NEW ENGLAND STORM, LLC, et al.

v.

WOMEN'S PROFESSIONAL FOOTBALL LEAGUE (WPFL"), et al.

ORDER

May 25, 2004

ZOBEL, D.J.

Plaintiff has filed a renewed request for a temporary restraining order after the court heard the parties at considerable length in response to the first request.

1.  Plaintiff shall forthwith supplement her request with a copy of the bylaws of defendant organization if they are not already on file.

2.  Defendant shall file its opposition and any supporting documentation by Thursday, May 27, 2004 at 4:30 p.m.

3.  The court anticipates that defendants will not issue the 2004 schedule pending the court's consideration of the motion for a temporary restraining order.

4.  Plaintiff shall forthwith file its amended complaint.

|  |  |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel_____<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |