```
                                            FILED
                                       IN CLERKS OFFICE
              UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS 2004 MAY 26  P 12: 04
```

|  |  |
|---|---|
| NEW ENGLAND STORM, LLC and MELISSA KORPACZ, JD,  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>WOMEN'S PROFESSIONAL FOOTBALL LEAGUE ("WPFL"), et al.,  )<br>)<br>)<br>Defendants.  )<br>) | U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br><br><br>Civil Docket Number:<br>04-10735-RWZ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, the defendant Arizona Caliente, LLC, makes the following disclosure statement:

Arizona Caliente, LLC does not have a parent corporation, nor does any publicly held company own 10% or more of its stock.

Arizona Caliente, LLC,
By its attorneys,

/s/ Brian D. Gross
Brian D. Gross, BBO# 637718
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA  02110
(617) 737-3100

Dated: May 24, 2004

## CERTIFICATE OF SERVICE

I, Brian D. Gross, attorney for Arizona Caliente, LLC in the above-captioned action, hereby certify that I served a copy of the foregoing to all counsel of record via first class mail, postage prepaid on this 24th day of May, 2004.

/s/ Brian D. Gross
Brian D. Gross

124633v1