FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS 2004 MAY 26 P 12: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

NEW ENGLAND STORM, LLC and )
MELISSA KORPACZ, JD, )
)
           Plaintiffs, )
)
   v. )     Civil Docket Number:
)     04-10735-RWZ
WOMEN'S PROFESSIONAL FOOTBALL )
LEAGUE ("WPFL"), et al., )
)
          Defendants. )
)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, the defendant Southern California Scorpions, LLC, makes the following disclosure statement:

Southern California Scorpions, LLC does not have a parent corporation, nor does any publicly held company own 10% or more of its stock.

Southern California Scorpions, LLC,
By its attorneys,

Brian D. Gross, BBO# 637718
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

Dated: May 24, 2004

## CERTIFICATE OF SERVICE

I, Brian D. Gross, attorney for Southern California Scorpions, LLC in the above-captioned action, hereby certify that I served a copy of the foregoing to all counsel of record via first class mail, postage prepaid on this 24 day of May, 2004.

Brian D. Gross

124640v1