UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 MAY 26  P 12: 04
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NEW ENGLAND STORM, LLC and MELISSA KORPACZ, JD, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Docket Number: ) 04-10735-RWZ |
| WOMEN'S PROFESSIONAL FOOTBALL LEAGUE ("WPFL"), et al., | ) ) ) |
| Defendants. | ) ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, the defendant Dallas Diamonds, LLC, makes the following disclosure statement:

Dallas Diamonds, LLC does not have a parent corporation, nor does any publicly held company own 10% or more of its stock.

Dallas Diamonds, LLC,
By its attorneys,

_____
Brian D. Gross, BBO# 637718
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA  02110
(617) 737-3100

Dated: May 24 2004

## CERTIFICATE OF SERVICE

I, Brian D. Gross, attorney for Dallas Diamonds, LLC in the above-captioned action, hereby certify that I served a copy of the foregoing to all counsel of record via first class mail, postage prepaid on this 24th day of May, 2004.

_____
Brian D. Gross

124637v1