UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2004 MAY 26  P 12: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NEW ENGLAND STORM, LLC and MELISSA KORPACZ, JD,<br><br>        Plaintiffs,<br><br>v.<br><br>WOMEN'S PROFESSIONAL FOOTBALL LEAGUE ("WPFL"), et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Docket Number:<br>)  04-10735-RWZ<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, the defendant Houston Energy Football, Inc., makes the following disclosure statement:

Houston Energy Football, Inc. does not have a parent corporation, nor does any publicly held company own 10% or more of its stock.

                                      Houston Energy Football, Inc.,
                                      By its attorneys,

                                      Brian D. Gross, BBO# 637718
                                      COOLEY MANION JONES, LLP
                                      21 Custom House Street
                                      Boston, MA  02110
                                      (617) 737-3100

Dated: May 24, 2004

**CERTIFICATE OF SERVICE**

I, Brian D. Gross, attorney for Houston Energy Football, Inc. in the above-captioned action, hereby certify that I served a copy of the foregoing to all counsel of record via first class mail, postage prepaid on this 24th day of May, 2004.

                                                  Brian D. Gross

124630v1