UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 26  P 12: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

NEW ENGLAND STORM, LLC and )
MELISSA KORPACZ, JD,       )
                           )
        Plaintiffs,        )
                           )
v.                         )   Civil Docket Number:
                           )   04-10735-RWZ
WOMEN'S PROFESSIONAL FOOTBALL )
LEAGUE ("WPFL"), et al.,   )
                           )
        Defendants.        )

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, the defendant Minnesota Vixen, Inc., makes the following disclosure statement:

Minnesota Vixen, Inc. does not have a parent corporation, nor does any publicly held company own 10% or more of its stock.

Minnesota Vixen, Inc.,
By its attorneys,

_____
Brian D. Gross, BBO# 637718
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA  02110
(617) 737-3100

Dated: May 24, 2004

## CERTIFICATE OF SERVICE

I, Brian D. Gross, attorney for Minnesota Vixen, Inc. in the above-captioned action, hereby certify that I served a copy of the foregoing to all counsel of record via first class mail, postage prepaid on this 24th day of May, 2004.

_____
Brian D. Gross

124636v1