FILED
IN CLERKS OFFICE

2004 MAY 26  P 12:05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NEW ENGLAND STORM, LLC and MELISSA KORPACZ, JD,<br><br>Plaintiffs,<br><br>v.<br><br>WOMEN'S PROFESSIONAL FOOTBALL LEAGUE ("WPFL"), et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Docket Number:<br>)  04-10735-RWZ<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, the defendant Delaware Griffins, Inc., makes the following disclosure statement:

Delaware Griffins, Inc. does not have a parent corporation, nor does any publicly held company own 10% or more of its stock.

Delaware Griffins, Inc.,
By its attorneys,

_____
Brian D. Gross, BBO# 637718
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA  02110
(617) 737-3100

Dated: May 24, 2004

## CERTIFICATE OF SERVICE

I, Brian D. Gross, attorney for Delaware Griffins, Inc. in the above-captioned action, hereby certify that I served a copy of the foregoing to all counsel of record via first class mail, postage prepaid on this 24th day of May, 2004.

_____
Brian D. Gross

124621v1