```
                                        FILED
                                   IN CLERKS OFFICE

                                   2004 MAY 26  P 12:05
           UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS   U.S. DISTRICT COURT
                                        DISTRICT OF MASS.
```

NEW ENGLAND STORM, LLC and )
MELISSA KORPACZ, JD, )
 )
        Plaintiffs, )
 )
v. )   Civil Docket Number:
 )   04-10735-RWZ
WOMEN'S PROFESSIONAL FOOTBALL )
LEAGUE ("WPFL"), et al., )
 )
        Defendants. )
 )

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, the defendant Syracuse Sting, Inc., makes the following disclosure statement:

Syracuse Sting, Inc. does not have a parent corporation, nor does any publicly held company own 10% or more of its stock.

                        Syracuse Sting, Inc.,
                        By its attorneys,

                        _/s/ Brian D. Gross_____
                        Brian D. Gross, BBO# 637718
                        COOLEY MANION JONES, LLP
                        21 Custom House Street
                        Boston, MA  02110
Dated: May 24, 2004          (617) 737-3100

## CERTIFICATE OF SERVICE

I, Brian D. Gross, attorney for Syracuse Sting, Inc. in the above-captioned action, hereby certify that I served a copy of the foregoing to all counsel of record via first class mail, postage prepaid on this 24th day of May, 2004.

                        _/s/ Brian D. Gross_____
                        Brian D. Gross

124627v1