UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2004 MAY 26  P 12: 05
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NEW ENGLAND STORM, LLC and MELISSA KORPACZ, JD, <br><br> Plaintiffs, <br><br> v. <br><br> WOMEN'S PROFESSIONAL FOOTBALL LEAGUE ("WPFL"), et al., <br><br> Defendants. | Civil Docket Number: <br> 04-10735-RWZ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, the defendant Long Beach Aftershock, Inc., makes the following disclosure statement:

Long Beach Aftershock, Inc., does not have a parent corporation, nor does any publicly held company own 10% or more of its stock.

Long Beach Aftershock, Inc.,
By its attorneys,

/s/ Brian D. Gross
Brian D. Gross, BBO# 637718
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA  02110
(617) 737-3100

Dated: May 24, 2004

### CERTIFICATE OF SERVICE

I, Brian D. Gross, attorney for Long Beach Aftershock, Inc. in the above-captioned action, hereby certify that I served a copy of the foregoing to all counsel of record via first class mail, postage prepaid on this 24th day of May, 2004.

/s/ Brian D. Gross
Brian D. Gross

124617v1