UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 27 P 4: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NEW ENGLAND STORM, LLC and MELISSA KORPACZ, JD, <br><br> Plaintiffs, <br><br> v. <br><br> WOMEN'S PROFESSIONAL FOOTBALL LEAGUE ("WPFL"), et al., <br><br> Defendants. | Civil Docket Number: <br> 04-10735-RWZ |

### DEFENDANTS' OPPOSITION TO PLAINTIFFS' RENEWED REQUEST FOR EMERGENCY TEMPORARY RESTRAINING ORDER

COMES NOW the Women's Professional Football League ("WPFL"), Lisa I. Vessey, Beth Markell, Charlene Daniels, Jennifer Cada, Robin Howington, Dawn Berndt, Shelly Squires, Jody Taylor, Long Beach Aftershock, Ester Pichardo, Debbie Gentz, The Toledo Reign, Beth Razzoog, Delaware Griffins, Alena Malatesta, Dayton Rebellion, Sarah McClain, Syracuse Sting, Cabrina Gilbert, Houston Energy Football, Inc., Arizona Caliente, Indiana Speed, Sandy Ballard, Missouri Avengers, Becky McCann, Minnesota Vixen, Dallas Diamonds, Kristy Benenhaley, New York Dazzles Football, Neil Scheier, Los Angeles Amazons, Aubrey Duncan, Kay Carter, Southern California Scorpions, Christine Sugget, Ann Bagala, and Natalie Gorman (collectively, "Defendants") and hereby oppose the plaintiffs' renewed request for emergency temporary restraining order. In support of this opposition, Defendants state that there is no likelihood that the plaintiffs will succeed on the merits of their claims, or that they will suffer irreparable harm should the Court deny their application.

In further support of their opposition, Defendants rely upon the attached memorandum of law and Affidavits of Robin Howington and Lisa Vessey.

WHEREFORE, Defendants respectfully request that the Court:

1. Deny plaintiffs Renewed Request for Emergency Temporary Restraining Order;

2. Grant such further relief as the Court deems appropriate.

                                  Respectfully submitted,

                                  DEFENDANTS,
                                  By their Attorneys,

*/s/ Brian D. Gross*

Brian D. Gross
BBO No. 637718
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 022110-3536
(617) 737-3100

Carlton D. Wilde, Jr.
Pro Hac Vice
FRANKLIN, CARDWELL & JONES, P.C.
1001 McKinney
Houston, TX 77002

Dated: May 27, 2004

2

## CERTIFICATE OF SERVICE

I, Brian D. Gross, attorney for Defendants in the above-captioned action, hereby certify that I served a copy of the foregoing to all counsel of record via facsimile and first class mail, postage prepaid on this 27th day of May, 2004.

_____
Brian D. Gross

125593v1