UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELISSA A. KORPACZ and
NEW ENGLAND STORM, LLC,

              Plaintiffs,

       v.

WOMEN'S PROFESSIONAL FOOTBALL LEAGUE
et al.,

              Defendants.

WOMEN'S PROFESSIONAL FOOTBALL LEAGUE,
LONG BEACH AFTERSHOCK,
THEE TOLEDO REIGN,
DELAWARE GRIFFINS,
SYRACUSE STING,
HOUSTON ENERGY,
ARIZONA CALIENTE,
INDIANA SPEED,
MISSOURI AVENGERS,
MINNESOTA VIXEN,
DALLAS DIAMONDS,
NEW YORK DAZZLES,
LOS ANGELES AMAZONS,
SOCAL SCORPIONS,

              Counter-plaintiffs,

       v.

MELISSA A. KORPACZ and
NEW ENGLAND STORM, LLC,

              Counter-defendants.

Civil Action
No. 04-10735-RWZ

## DEFENDANTS' INITIAL DISCLOSURE STATEMENT
## PURSUANT TO FED. R. CIV. P. 26(A)(1)

Defendants Women's Professional Football League (the
"WPFL"), Long Beach Aftershock, Thee Toledo Reign, Delaware
Griffins, Syracuse Sting, Houston Energy, Arizona Caliente,
Indiana Speed, Missouri Avengers, Minnesota Vixen, Dallas
Diamonds, New York Dazzles, Los Angeles Amazons and SoCal

Scorpions (collectively "Defendants"), hereby make the following disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2. Defendants reserve the right to amend or supplement these disclosures as necessary.

I.  **Individuals Likely to Have Discoverable Information**

A.  The following persons may have information concerning allegations that plaintiffs Melissa Korpacz ("Korpacz") and the New England Storm, LLC ("Storm") issued checks to the City of Medford, Massachusetts that were returned due to insufficient funds, and that plaintiffs otherwise failed to fulfill contractual obligations to the City of Medford in a manner that adversely affected the WPFL. These persons also may have information regarding allegations that plaintiff Korpacz failed to maintain reasonable standards of personal behavior:

1.  Mark E. Rumley, Esq.
    Law Department
    City Hall, Room 206
    85 George P. Hassett Drive
    Medford, MA  02155
    (781) 393-2470

2.  Officer Greg Hudson
    Medford Police Department
    100 Main Street
    Medford, MA  02155
    (781) 391-6411
    (781) 316-5685

B.  The following persons may have information concerning the following: the expulsion hearing that took place on March 6, 2004; the events in 2003 and 2004 leading up to the expulsion hearing; and the bylaws, policies and procedures of the WPFL.

1. Jennifer Cada
   Arizona Caliente
   15261 N. 61st Drive
   Glendale, AZ  85306
   (602) 679-3960

2. Becky McGann
   Missouri Avengers
   2847 S. Weaver Avenue
   Springfield, MO  65807
   (417) 848-0296

3. Ann Bagala
   Jody Taylor
   Christina Suggett
   SoCal Scorpions
   P.O. Box 22809
   San Diego, CA  92192
   (858) 453-6429
   (858) 699-0176

4. Dawn Berndt
   Kristi Benenhaley
   Dallas Diamonds
   232 Belmont
   Hurst, TX  76053
   (817) 690-3126

5. Karen Mones
   Stacy Agee
   Houston Energy
   5631 Dorbrandt Street
   Houston, TX  77023
   (713) 918-7779 (Karen)

6. Charleen Daniels
   Sandi Groh
   Indiana Speed
   212 W. 10th Street, A280
   Indianapolis, IN  46202
   (317) 513-0692 (Charleen)
   (317) 803-9846 (Sandi)

7. Elizabeth Razzoog
   Angie Maddox
   Thee Toledo Reign
   P.O. Box 317
   Elmore, OH  43416
   (419) 654-5799

8.    Debbie Genz
      Esther Pichardo
      Long Beach Aftershock
      1827 Ximeno Avenue, #208
      Long Beach, CA  90185
      (562) 706-3855
      (909) 815-1920

9.    Kay Carter
      Aubrey Duncan
      Los Angeles Amazons
      1992 Juanita Avenue
      Pasadena, CA  91104
      (626) 798-8105

10.   Cabrina Gilbert
      Syracuse Sting
      407 Wolcott Avenue
      Syracuse, NY  13207
      (315) 395-8229
      (315) 476-7881

11.   Alena Malatesta
      Melissa McVaugh
      Delaware Griffins
      2731 Duncan Road
      Wilmington, DE  19808
      (610) 613-1570

12.   Neil R. Scheier, M.D.
      New York Dazzles
      10 Eastland Avenue
      Rochester, NY  14618
      (315) 462-7001

13.   John Chapin
      Kim Hughes
      Douglas Farwell
      Minnesota Vixen
      P.O. Box 14447
      St. Paul, MN  55114
      (651) 222-8493
      (612) 839-7292

14.   Robin Howington
      Shelly Squires
      5631 Dorbrandt Street
      Houston, TX  77023
      (713) 921-1290

15.  Beth Markell
     4736 Onondaga Blvd.
     Syracuse, NY 13219-3303
     (585) 259-4199

16.  Lisa I. Vessey
     20 N. Clark Street
     Suite 2550
     Chicago, IL 60602
     (312) 214-4353

17.  Dee Kennamer
     Donna Roebuck
     528 Omar Street
     Houston, TX 77009

18.  Rufino Uribe
     5344 W. Thomas Road
     Phoenix, AZ 85018

19.  Theresa Glass
     Theonita Cox
     Northern Ice
     1539 16th Avenue
     Kenosha, WI 53140
     (262) 551-5534

20.  Lizz Bartolo
     Angela Belden
     810 NW 111 Avenue
     Plantation, FL 33324
     (954) 444-5783 (Angela)
     (954) 494-6536 (Lizz)

II.  **Description by Category and Location of Relevant Documents**

The following categories of documents may be relevant to this action:

A.  The New England Storm file maintained at the WPFL Office;

B.  Correspondence between plaintiff Korpacz and League officials;

C.  Correspondence between plaintiff Korpacz and the Office of the Commissioner;

D.    Correspondence between plaintiff Korpacz and individual WPFL Teams, directors and owners;

E.    The WPFL's bylaws, minutes, resolutions, policies and procedures Manuals, franchise handbooks, rule books and other League correspondence and memoranda;

F.    The WPFL's incorporation documents and financial records, including the WPFL's application for tax-exempt status; and

G.    Correspondence between the WPFL and the entity calling itself "WPFL Promotions."

Defendants will produce copies of all non-privileged and non-exempt documents in their possession, custody and control that may be relevant to disputed facts that have been alleged with particularity in the pleadings.

C.    **Computation by Category of Damages Claimed**

Defendant WPFL's damages, as alleged in its counterclaim, include attorney fees exceeding $30,000 as of the date of this Disclosure.

Additional damages that have been or may be incurred by all defendants are loss of business reputation and good will, which damages are hard to quantify because of the intangible nature of the harm.

D.    **Insurance Agreements**

Defendants are not aware of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this

6

action.

The Defendants/Counter-Plaintiffs,
By Their Attorneys,


Brian D. Gross
BBO No. 637718
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA  02110-3536
(617) 737-3100
and

Carlton D. Wilde
Pro Hac Vice
FRANKLIN, CARDWELL & JONES
1001 McKinney, 18th Floor
Houston, TX  77002

Dated:  August 31, 2004

## CERTIFICATE OF SERVICE

    I, Brian D. Gross, attorney for the Defendants/Counter-Plaintiffs in the above-captioned action, hereby certify that I served a copy of the foregoing upon all counsel of record via first class mail, postage prepaid, on this 31st day of August, 2004.


Brian D. Gross

130196v1

7