UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND STORM, LLC., ) | |
| MELISSA A. KORPACZ, JD ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: 04-10735-RWZ |
| ) | |
| WOMEN'S PROFESSIONAL ) | |
| FOOTBALL LEAGUE ("WPFL"), et al. ) | |
| ) | |

## PLAINTIFFS' MOTION FOR PRE-JUDGMENT ATTACHMENT

Plaintiffs Melissa A. Korpacz ("Korpacz") and New England Storm, LLC ("Storm") (hereinafter collectively "Plaintiffs") respectfully move that this Court issue an order of Pre-Judgment Attachment of any and all Bank Accounts, Personal Property and Game Revenue of the named Defendants in this action. Additionally, Plaintiffs respectfully ask for approval of Pre-Judgment Attachment of the right, title and interest in real estate standing in the names of the Defendants, said attachment being necessary and reasonable and valid as security for a judgment, which because of good and reasonable cause, the Plaintiffs expect to recover in this action.

Plaintiffs have been forced to move quickly for this pre-judgment attachment at this time. On May 14, 2004, in their opposition to Plaintiffs' motion for temporary and preliminary injunctive relief, Defendants represented to the Court that they have the financial wherewithal to make Plaintiffs whole on any monetary damage award. Defendants and their counsel have recently made statements, which indicate that such representations were not accurate. Moreover, new evidence has been uncovered with respect to Defendants' inability to pay should a judgment be entered against them as well as their intent to avoid having to pay once this season is over in less than ten weeks.

1

In support of their motion, Plaintiffs submit an Affidavit of Plaintiff Korpacz, a Declaration of Martin Donohue, and the accompanying Memorandum In Support of Plaintiffs' Motion for Pre-Judgment Attachment with exhibits.

### Rule 7.1 Certification

I, Melissa Korpacz, certify that on August 22, 2004, I conferred with Brian D. Gross, Esq., and/or Carlton Wilde, Jr. counsel for Defendants, in an effort to resolve this dispute or narrow the issues raised by this Motion. Defendants do not assent to this Motion.

### Request For Oral Argument

Plaintiffs request a hearing on their Motion to Attach if the Court deems such a hearing necessary.

Dated: September 2, 2004

Respectfully submitted,
Plaintiff Melissa A. Korpacz

Melissa A. Korpacz - Pro Se
P.O. Box 808 Medford, MA 02155
781-866-9700 (phone)

Plaintiff New England Storm, LLC
By its Attorneys,

Thomas C. O'Konski BBO# 377475
Kevin Gannon BBO# 640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
617-951-2500 (phone)
617-951-3927 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by facsimile and first class mail on September 2, 2004:

Brian D. Gross
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110

Carlton D. Wilde, Jr.
FRANKLIN, CALDWELL & JONES, PC
1001 McKinney, 18th Floor
Houston, TX 77002

_[signature]_

3