

Print - Close Window

### UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

NEW ENGLAND STORM, LLC and §

MELISSA KORPACZ, JD, §

§

Plaintiffs, §

v.    § Civil Docket Number:

■ 04-10735-RWZ

WOMEN'S PROFESSIONAL FOOTBALL §

LEAGUE, et. al., §

§

Defendants. §

### AFFIDAVIT OF DAWN BERNDT

BEFORE ME, the undersigned authority, on this day personally appeared Dawn Berndt, who, being by me duly sworn, upon her oath did depose and state as follows:

My name is Dawn Berndt. I am over the age of eighteen (18) and competent in all respects to make this affidavit. The facts contained herein are true, correct, and based upon my personal knowledge.

In March of 2002, I received an email for Missi Korpacz of the New England Strom. In that email, she gave me (and other members of the WPFL) permission to use the "football eyes" graphic with the "It's Our Turn to Play!" logo she had placed in a newspaper advertisement in Boston. True and correct copies of that email and graphic are attached as Exhibit A to this affidavit.

Further affiant sayeth not.

Dawn Berndt

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 20 day of Sept, 2004.

Kylie Jones, notary public

# Brian D. Gross

**From:** WPFLNewEngland@aol.com
**Sent:** Thursday, March 21, 2002 5:52 PM
**To:** alamocitybattle@texasmail.org; Aztitansgm@aol.com; droach@ibm4pcs.com; gm@austinragefootball.net; owner@dallasdiamondsfootball.com; oilpatch@ev1.net; inspeed4@yahoo.com; joe@missouriprowlers.com; lasports@msn.com; owner@newenglandstorm.com; inspeed0@yahoo.com; Steeres02@aol.com; Markell123@aol.com; SYRStingFootball@aol.com
**Subject:** Football Eyes

Hi All...attached are the football eyes that ran in a newspaper here in Boston. Feel free to manipulate the words and place your logo in it and send it out to newspapers...you may be surprised...they just may run it! Try something creative like placing you tryout into in the ad and placing "press release" at the top...that way you may get them to run it free of charge if it is considered a press release.

MK