UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELISSA A. KORPACZ and )
NEW ENGLAND STORM, LLC, )
                                )
        Plaintiffs,             )
                                )
    v.                          )   Civil Action
                                )   No. 04-10735-RWZ
WOMEN'S PROFESSIONAL FOOTBALL LEAGUE )
et al.,                         )
                                )
        Defendants.             )
_____ )
WOMEN'S PROFESSIONAL FOOTBALL LEAGUE, )
LONG BEACH AFTERSHOCK,          )
THEE TOLEDO REIGN,              )
DELAWARE GRIFFINS,              )
SYRACUSE STING,                 )
HOUSTON ENERGY,                 )
ARIZONA CALIENTE,               )
INDIANA SPEED,                  )
MISSOURI AVENGERS,              )
MINNESOTA VIXEN,                )
DALLAS DIAMONDS,                )
NEW YORK DAZZLES,               )
LOS ANGELES AMAZONS,            )
SOCAL SCORPIONS,                )
                                )
        Counter-plaintiffs,     )
                                )
    v.                          )
                                )
MELISSA A. KORPACZ and          )
NEW ENGLAND STORM, LLC,         )
                                )
        Counter-defendants.     )
                                )

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Defendants/Counter-Plaintiffs Women's Professional Football League ("WPFL"), Long Beach Aftershock, The Toledo Reign, Delaware Griffins, Dayton Rebellion, Syracuse Sting, Houston Energy Football, Inc., Arizona Caliente, Indiana Speed, Missouri Avengers, Minnesota Vixen, Dallas Diamonds, New York Dazzles

Football, Los Angeles Amazons, and Southern California Scorpions, (collectively, "Defendants") and their counsel submit the following certification in accordance with Local Rule 16.1(D):

    1.    Defendants and their counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation;

    2.    Defendants and their counsel also certify that they have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                            Respectfully submitted,
                                            Defendants/Counter-Plaintiffs,

                                            _____
                                            Dawn Berndt
                                            Executive Director
                                            Women's Professional Football
                                            League, Inc.
                                            232 Belmont St.
                                            Hurst, TX 76053
                                            (817)690-3126

                                            and

Case 1:04-cv-10735-RWZ   Document 54   Filed 10/05/2004   Page 3 of 4

Yahoo! Mail - berfert2001@yahoo.com                                     Page 2 of 4

NEW YORK DAZZLES, )

LOS ANGELES AMAZONS, )

SOCAL SCORPIONS, )

)

Counter-plaintiffs, )

)

v. )

)

MELISSA A. KORPACZ and )

NEW ENGLAND STORM, LLC, )

)

Counter-defendants. )

_____ )

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Defendants/Counter-Plaintiffs Women's Professional Football League ("WPFL"), Long Beach Aftershock, The Toledo Reign, Delaware Griffins, Dayton Rebellion, Syracuse Sting, Houston Energy Football, Inc., Arizona Caliente, Indiana Speed, Missouri Avengers, Minnesota Vixen, Dallas Diamonds, New York Dazzles Football, Los Angeles Amazons, and Southern California Scorpions, (collectively, "Defendants") and their counsel submit the following certification in accordance with Local Rule 16.1(D):

1. Defendants and their counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation;

2. Defendants and their counsel also certify that they have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

Defendants/Counter-Plaintiffs,

_____
Dawn Berndt

Executive Director

Women's Professional Football

*/s/ Brian D. Gross*
Brian D. Gross
BBO No. 637718
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110-3536
(617) 737-3100

and

Carlton D. Wilde
Pro Hac Vice
FRANKLIN, CARDWELL & JONES
1001 McKinney, 18th Floor
Houston, TX 77002

Attorneys for Defendants

Dated: October 5, 2004

## CERTIFICATE OF SERVICE

I, Brian D. Gross, attorney for the Defendants/Counter-Plaintiffs in the above-captioned action, hereby certify that I served a copy of the foregoing upon all counsel of record via first class mail, postage prepaid, on this 5th day of October, 2004.

*/s/ Brian D. Gross*
Brian D. Gross

131720v1