UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT -7 P 4: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

NEW ENGLAND STORM, LLC.,
MELISSA A. KORPACZ, JD
    Plaintiffs,

v.

WOMEN'S PROFESSIONAL
FOOTBALL LEAGUE ("WPFL") et al

CIVIL ACTION NO: 04-10735-RWZ

## WITHDRAWAL OF PLAINTIFFS' MOTION FOR PREJUDGMENT ATTACHMENT

Plaintiffs Melissa A. Korpacz ("Korpacz") and New England Storm, LLC ("Storm"), based on the representations of Defendants' counsel that none of the Defendants currently has or maintains any assets or property within the Commonwealth of Massachusetts, hereby withdraw Plaintiffs' Motion For Pre-Judgment Attachment filed herein on or about September 2, 2004.

Dated: October 6, 2004

Respectfully submitted,
Plaintiff Melissa Korpacz

*Melissa Korpacz* with permission
Melissa A. Korpacz. - Pro Se
P.O. Box 808 Medford, MA 02155
781-866-9700 (phone)

Plaintiff New England Storm, LLC
By its Attorneys,

Thomas C. O'Konski BBO# 378,265
Kevin Gannon BBO# 640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
617-951-2500 (phone)
617-951-3927 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by facsimile and first class mail on 10/6/2004.

Brian D. Gross
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110

Carlton D. Wilde, Jr.
FRANKLIN, CALDWELL & JONES, PC
1001 McKinney, 18th Floor
Houston, TX 77002