**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NEW ENGLAND STORM, LLC and MELISSA KORPACZ, JD, <br><br>Plaintiffs, <br><br>v. <br><br>WOMEN'S PROFESSIONAL FOOTBALL LEAGUE ("WPFL"), et al., <br><br>Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Docket Number: <br> ) 04-10735-RWZ <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of Defendants/Counter-Plaintiffs Women's Professional Football League ("WPFL"), Long Beach Aftershock, The Toledo Reign, Delaware Griffins, Dayton Rebellion, Syracuse Sting, Houston Energy Football, Inc., Arizona Caliente, Indiana Speed, Missouri Avengers, Minnesota Vixen, Dallas Diamonds, New York Dazzles Football, Los Angeles Amazons, and Southern California Scorpions in the above-referenced action.

Respectfully submitted,

Kerri L. McComiskey, BBO No. 651402
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA  02110-3536
(617) 737-3100

Dated: October 19, 2004

131266-1

## CERTIFICATE OF SERVICE

I, Kerri L. McComiskey, attorney for the Defendants/Counter-Plaintiffs in the above-captioned action, hereby certify that I served a copy of the foregoing to all counsel of record via first class mail, postage prepaid on this 19th day of October, 2004.

Kerri L. McComiskey

131266-1