Current Folder: **INBOX**  
Compose Addresses Folders Options Search Help Calendar Fetch

**Sign Out**  
SquirrelMail

Message List | Delete　　　　　Previous | Next　　　　　　　　　　Forward | Reply | Reply All  
Subject: Re: Defendant WPFL's Objections and Responses to Plaintiff's Request for Production　View Full  
of Documents and Things　　　　　　　　　　　　　　　　　　　　　　　Header  
From: "Brian D. Gross" <BGross@cmj-law.com>　　　　　　　　　　　　　View  
Date: Sun, November 28, 2004 11:14 pm　　　　　　　　　　　　　Printable  
To: <info@newenglandstorm.com>　　　　　　　　　　　　　　　　　Version  
Priority: Normal

```
-----Original Message-----
From: NE Storm Front Office <info@newenglandstorm.com>
To: Brian D. Gross <BGross@cmj-law.com>
CC: info@newenglandstorm.com <info@newenglandstorm.com>; tok@c-m.com
<tok@c-m.com>;
wilde@fcj.com <wilde@fcj.com>; ktg@c-m.com <ktg@c-m.com>
Sent: Sun Nov 28 12:36:54 2004
Subject: Defendant WPFL's Objections and Responses to Plaintiff's Request
for
Production of Documents and Things
```

Mr. Gross,

Since Mr. Wilde refuses to respond to any of Plaintiffs email correspondences, Plaintiffs will submit their issues to you with respect to receiving Defendant WPFL's Objections and Responses to Plaintiff's Request for Production of Documents and Things.

I will outline our points so as to be very clear what our issues are:

1. Based upon how Defendants chose to answer Plaintiffs request(s), Plaintiffs cannot discern what if any documents will be produced to Plaintiffs;
2. It is highly improper to simply cut and paste the same response/objection(s) over and over again. Because of this, as stated in number 1, it is unclear to us which documents, if any Defendants plan to produce;
3. However, based upon our previous conversations, it is clear that Defendants will be withholding some documents under the claim of privilege. Accordingly, pursuant to Rule 26(b)(5) please provide Plaintiffs with a detailed privilege log; and
4. Lastly, please advise Plaintiffs as to the date and time we will be able to inspect all of Defendants individual documents.

We hope this will not a continued method of practice on the part of the Defendants. Thank you for your cooperation in this matter.

M. Korpacz

--  
New England Storm, LLC  
Women's Professional Football Team  
P.O. Box 808  
Medford, MA  02155  
Phone:  781-866-9700  
www.NewEnglandStorm.com