

Women's Professional Football League

*From the Desk of –*
*Melissa A. Korpacz – Owner*

October 12, 2004

**VIA FACSIMILE and FIRST CLASS MAIL**
Brian Gross
Cooley, Manion and Jones
21 Custom House Street
Boston, MA 02210

RE: **NEW ENGLAND STORM, LLC, et al. v. WOMEN'S PROFESSIONAL FOOTBALL LEAGUE ("WPFL"), et al. CA NO: 04-10735-RWZ**

Dear Brian:

Defendants' answer to Plaintiffs' first set of Interrogatories was non-responsive. Pursuant to Rule 33, contention Interrogatories must be answered in full. It is improper to avoid answering a contention Interrogatory by offering to produce documents under Rule 33(d). Even if it were, Defendants' answer does not comply with the specification requirements of the Rule.

Defendants' objection that the Interrogatory calls for information that is irrelevant is specious. The Interrogatory is directed only to Defendants' denials of the allegations in Plaintiffs' Amended Complaint. Therefore, the Interrogatory is narrowly focused only on factual issues that are in dispute.

Moreover, Defendants' statement that they will supplement its responses is insufficient. Defendants obligation to supplement is contained in the Local Rules, but Defendants must respond to the propounded Interrogatory now with information that is now available. If or when additional information is discovered, Defendants should supplement at that time.

Unless Defendants agree to supplement their answer to Plaintiffs' first set of Interrogatories with a responsive answer by the close of business on Thursday, October 14, 2004, we will demand a Rule 37.1 conference to immediately address the deficiencies in Defendants' answer.

We appreciate your prompt attention to this matter and look forward to hearing from you by the close of business on Thursday.

Best regards,

Missi Korpacz
Owner – NE Storm, LLC
WPFL – Founding Member

cc:  Tom O'Konski, Cesari & McKenna
     Kevin Gannon, Cesari & McKenna
     Carlton Wilde, Jr., Franklin Cardwell

