SquirrelMail                                                                          Page 1 of 1

Current Folder: **Sent Correspondences**                                         **Sign Out**
Compose  Addresses  Folders  Options  Search  Help  Calendar  Fetch              SquirrelMail

Message List | Delete                    Previous | Next              Forward | Reply | Reply All
Subject: **Final Request for Response**                                          View Full Header
   From: **"NE Storm Front Office" <info@newenglandstorm.com>**                  View Printable Version
   Date: **Wed, November 3, 2004 2:58 pm**
     To: **<BGross@cmj-law.com>**
     Cc: **<tok@c-m.com>, <info@newenglandstorm.com>, <KTG@c-m.com>**
Priority: **Normal**

```
Brian, a letter was sent to both you and Attorney Wilde almost two weeks
ago and I again left you a voice mail yesterday regarding the below items
that we have been waiting for.  We have yet to hear from you at all
regarding these matters.  Please be advised that unless we hear from you
by the close of business on Friday, November 5, 2004, with respect to a
time-line for receiving the below items, we will have no choice but to
notify the Court immediately and file a Motion to Compel.

1.  Our proposed protective order which was submitted three weeks ago;
2.  All Northern Ice documents;
3.  The WPFL documents you referenced during the Scheduling Conference;
4.  The answers to all Interrogatories propounded onto all Defendants two
months ago; and
5.  A response to our settlement offer.

Also, please be advised that on Friday 10 additional sets of Request for
Production of Documents will be submitted to Defendants as well as
additional Interrogatories.
We look forward to a speedy response from you or Mr. Wilde by Friday so as
to avoid notifying the Court with any further Motions.  Thank you.

Missi Korpacz
--
New England Storm, LLC
Women's Professional Football Team
P.O. Box 808
Medford, MA  02155
Phone:   781-866-9700
www.NewEnglandStorm.com
```

Download this as a file

Previous | Next | Delete & Prev | Delete & Next
Move to: INBOX    [Move]



Brain, please repond with a date in which the Plaintiffs can expect Defendants supplemental answers to Plaintiffs first set of Interrogatories.



**Subject:** Supplemental Answers to Interrogatories - Third Written Request
**From:** "NE Storm Front Office" <info@newenglandstorm.com>
**Date:** Sun, November 7, 2004 1:15 pm
**To:** <info@newenglandstorm.com>
**Cc:** <BGross@cmj-law.com>, <TOK@c-m.com>, <KTG@c-m.com>
**Priority:** Normal

Please respond to the below request.


Brain, please repond with a date in which the Plaintiffs can expect
> Defendants supplemental answers to Plaintiffs first set of
> Interrogatories.

Current Folder: Received Correspondence                                    Sign Out

Compose  Addresses  Folders  Options  Search  Help  Calendar  Fetch  SquirrelMail

Message List | Delete                Previous | Next                 Forward | Reply | Reply All

Subject: **RE: FW: Emailing: bdg letter.doc**                    View Full Header
From: **"Brian D. Gross" &lt;BGross@cmj-law.com&gt;**              View Printable Version
Date: **Mon, November 8, 2004 2:34 pm**
To: **&lt;info@newenglandstorm.com&gt;**
Cc: **&lt;tok@c-m.com&gt;, &lt;wilde@fcj.com&gt;**
Priority: **Normal**

```
A letter is on the way.

-----Original Message-----
From: NE Storm Front Office [mailto:info@newenglandstorm.com]
Sent: Monday, November 08, 2004 2:33 PM
To: Brian D. Gross
Cc: info@newenglandstorm.com; tok@c-m.com; wilde@fcj.com
Subject: Re: FW: Emailing: bdg letter.doc


Brian,

I will consult with Tom regarding your suggested date.  Additionally,
per the fax I sent you today, please respond  to the following on
going
request:

A date in which the Plaintiffs can expet Defendants supplemental
answers
to Plaintiffs first set of Interrogatories as well as your response
to
the PO edits I made over the weeked.
```

Current Folder: Sent Correspondence                                             Sign Out

Compose   Addresses   Folders   Options   Search   Help   Calendar   Fetch   SquirrelMail

Message List | Delete                    Previous | Next                Forward | Reply | Reply All

Subject: **Items waiting for a Response**                                    View Full Header
From: **"NE Storm Front Office"**                                            View Printable Version
       **<info@newenglandstorm.com>**
Date: **Sun, November 14, 2004 2:20 pm**
To: **<info@newenglandstorm.com>**
Cc: **<BGross@cmj-law.com>; <tok@c-m.com>, <ktg@c-m.com>, (more)**
Priority: **Normal**

Mr. Gross,

Based upon the below email, please provide Plaintiffs with your intentions
with respect to answering Plaintiffs first set of Interrogatories. We will
not go another week without this matter addressed and a definate date in
which you intend to answer on behalf of each of the 15 Defendants you
represent. Also please note that for the future, we have condensed our
Request for Production of Documents as best we can and will submit the
remaining requests to you by mid-week along with additional Interrogatories
and Requests for Admissions.

Overall, we are waiting for the following responses:

1. Defendants edits to Plaintiffs revisions of the Protective Order
addressing the issue(s) of GM's and consultants. Please refer to my
previous email which states the reasons for our edits. Once again,
Plaintiffs will seek to have this issue concluded this week;
2. A specific date in which each of the 15 Defendants intend to supplement
their answers to Plaintiffs first set of Interrogatories. Please refer to
our previous faxed correspondence citing the authority for the basis of
your required answer(s). Once again, Plaintiffs will seek to have this
matter reolved by the close of the week. We look forward to your prompt
response to these matters.

Melissa A. Korpacz

Current Folder: INBOX                                              Sign Out

Compose   Addresses   Folders   Options   Search   Help   Calendar   Fetch   SquirrelMail

Message List | Delete                    Previous | Next              Forward | Reply | Reply All

Subject: last paragraph                                               View Full Header
From: "NE Storm Front Office"                                         View Printable Version
      <info@newenglandstorm.com>
Date: Wed, November 17, 2004 7:47 pm
To:   <info@newenglandstorm.com>
Priority: Normal

```
Brain, unfortunately this will be our final request for the above
items as
Defendants are now placing Plaintiffs in a difficult position because
the
Discovery deadline is fast approaching.  If there is no resolution to
the
above items before the close of business on Friday, next week
Plaintiffs
will file their Motion to Compel and seek damages.




Brian, we thank you for your email today.  We will be awaiting your
> responses by the close of business tomorrow (Thursday).  However,
as
> per my telephone message left for you today, I contacted you
pursuant
> to the local rule 7.1 to confer regarding a Motion to Compel.  If
we do
> not receive proper resolution to all the outstanding matters by
> tomorrow, we will have been left with no other choice but to notify
the
> court and file a Motion to Compel.  You may feel free to contact me
> directly at 781-866-9700 for a more speedy resolution to these
matters
> as Tom and I are both extremely busy.
>
> To recap, here are the following items Plaintiffs are expecting
closure
> on:
>
> 1.  Defendants edits to the Protective Order regarding the General
> Manager and Consultant suggestions made by Plaintiffs.  Again,
please
> keep in mind that the PO should be mutually beneficial and we
expect to
> have people who have been affiliated with the WPFL assisting us
well as
```

```
> Defendants will have GM's assisting them.
> 2.  A specific date when Defendants intent to submit their amended
> answers to Plaintiffs first set of Interrogatories.  Please be
advised,
> should you simply state again that you do not intend to respond
despite
> your
> obligation to answer contention interrogatories, we will notify the
> Court immediately.
> 3.  Whether Mr. Wilde or you will accept service on behalf of Robin
> Howington.
> 4.  We would like the documents submitted by the Northern Ice.  As
we
> stated during the scheduling conference, the Ice has been
represented
> by counsel and up until that point Plaintiffs were a part of the
WPFL.
> Accordingly, this is our final request for these items as well.
You do
> not need a PO in place for documents submitted that we requested
from a
> third party and do not have the right to continue to withhold those
> documents.
>
> We look forward to your prompt response.
> M.Korpacz
>
>
>
>
>
> Missi and Tom,
>>
>> I apologize for not getting back to you sooner and the various
>> outstanding issues.  I was out of town last week and have been
swamped
>> with things for other cases this week.  I have a mediation at 2:30
>> today, and when that is over I will respond to the various issues.
>> Therefore, you can expect a response by the end of the day
tomorrow.
>>
>> Brian
>>
>> This e-mail message is confidential, intended only for the named
>> recipient(s) above and may contain information that is privileged,
>> attorney work product or exempt from disclosure under applicable
law.
>> If you have received this message in error, or are not the named
>> recipient(s), please immediately notify the sender at (617) 737-
3100
>> and delete this e-mail message from your computer.  Thank you.
>
>
> --
> New England Storm, LLC
> Women's Professional Football Team
> P.O. Box 808
```