UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND STORM, LLC., <br> MELISSA A. KORPACZ, JD <br> Plaintiffs, <br><br> v. <br><br> WOMEN'S PROFESSIONAL <br> FOOTBALL LEAGUE ("WPFL") et al | ) <br> ) <br> ) <br> ) CIVIL ACTION NO: 04-10735-RWZ <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFF KORPACZ' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY CASE SCHEDULING ORDER

Plaintiff Melissa A. Korpacz ("Korpacz") hereby moves, for leave to file a Reply in support of Plaintiffs Motion to Modify Case Scheduling Order.

The Reply is necessary for Plaintiffs to address certain misstatements of fact and misleading characterizations made throughout Defendant's opposition brief. For the Court's convenience, a cop of Plaintiff Korpacz' proposed reply is attached hereto.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned certifies that she has attempted to confer with Defendants regarding the present motion. Plaintiffs were unsuccessful in their attempt to reach Defendants Counsel.

Dated: January 7, 2005

Respectfully submitted,
Plaintiff Melissa A. Korpacz, JD

_/s/ Melissa A. /S_
Melissa A. Korpacz. - Pro Se
P.O. Box 808 Medford, MA 02155
781-866-9700 (phone)/617-951-3927 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by facsimile and first class mail on January 7, 2005:

Brian D. Gross
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110


Carlton D. Wilde, Jr.
FRANKLIN, CALDWELL & JONES, PC
1001 McKinney, 18th Floor
Houston, TX 77002

_/s/ [signature]_