# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

NEW ENGLAND STORM, LLC,
ET AL,

    Plaintiffs,

        v.                              CA. NO. 04-10735-RWZ

WOMENS PROFESSIONAL FOOTBALL
LEAGUE, ET AL,

    Defendants.

## *NOTICE*

January 31, 2005

**BOWLER, U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for **mediation** at **10:00 a.m., Monday, March 7, 2005,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

**All parties must be in attendance for this mediaton.**  Leave of the court is required for any exceptions.

                                              /s/ Marianne B. Bowler
                                              **MARIANNE B. BOWLER**
                                              United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**.