**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

NEW ENGLAND STORM LLC ET AL
    Plaintiff(s)

        v.

WOMENS PROFESSIONAL FOOTBALL
LEAGUE, ET AL
    Defendant(s)

CIVIL ACTION NO.  04-10735-RWZ

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

**TO JUDGE ZOBEL**

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On _____ March 7, 2005 _____, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

    __X__ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL

    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]

    The parties were / were not present in person or by authorized corporate officer [except _____].

    The case was:

[ ]    Settled. Your clerk should enter a _____ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

March 7, 2005        /s/ Marianne B. Bowler
DATE        ADR Provider
        MARIANNE B. BOWLER, U.S.M.J.

(ADRreport.wpd - 4/12/2000)    [adrrpt.]