UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELISSA A. KORPACZ and
NEW ENGLAND STORM, LLC

      **Plaintiffs**

v.                                Civil Action No: 04-10735-RWZ

WOMEN'S PROFESSIONAL
FOOTBALL LEAGUE, et al.,

      **Defendants**

### DEFENDANTS' OFFER OF JUDGMENT

Defendant Women's Professional Football League, et al., pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby offers to allow judgment to be taken against it in this action for the total amount of fifty thousand dollars ($50,000). The final sum of fifty-thousand dollars ($50,000) is to be paid in three (3) annual consecutive installments. The defendant agrees to pay ten thousand dollars ($10,000) in year one; twenty-thousand dollars ($20,000) in year two; and twenty-thousand dollars ($20,000) in year three. Accordingly, this Offer of Judgment is subject to the execution of a confidentiality agreement. This sum has been calculated to include the costs that have been accrued to the date of this offer.

                                            Women's Professional Football League, et al.,
                                            By Its Attorneys,

                                            /s/ Brian D. Gross
                                            Brian D. Gross, BBO No. 637718
                                            Cooley Manion Jones LLP
                                            21 Custom House Street
                                            Boston, MA 02110

Date April _12_, 2005          (617) 737-3100

## CERTIFICATE OF SERVICE

I, Brian D. Gross, attorney for the Defendants/Counter-Plaintiffs in the above-captioned action, hereby certify that I served a copy of the foregoing upon all counsel of record via first class mail, postage prepaid, on this 12th day of April, 2005.

/s/ Brian D. Gross
Brian D. Gross