UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10735-RWZ

NEW ENGLAND STORM, LLC and
MELISSA A. KORPACZ

v.

WOMEN'S PROFESSIONAL FOOTBALL LEAGUE, et al.

SCHEDULING ORDER

April 19, 2005

ZOBEL, D. J.

This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Thomas C. O'Konski having appeared as counsel for plaintiff New England Storm, LLC and Melissa A. Korpacz having appeared as pro se; and Brian D. Gross having appeared as counsel for defendants Women's Professional Football League, et al., the following action was taken:

1. Defendants having filed an Offer of Judgment and in aid of the parties' efforts to settle this matter, plaintiffs agreed to give defendants a detailed statement of their damages.

2. In the event the case does not settle, defendants shall file their motion for summary judgment concerning damages by April 29, 2005. Any opposition shall be filed by May 13, 2005. The court will decide the motion on the papers.

3. In the interim, the parties will continue to exchange documents and discovery requests.

4. After a decision on summary judgment, the court will schedule a further conference.

|  |  |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |