UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELISSA A. KORPACZ and <br> NEW ENGLAND STORM, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> WOMEN'S PROFESSIONAL FOOTBALL LEAGUE <br> et al., <br><br> Defendants. <br><hr> WOMEN'S PROFESSIONAL FOOTBALL LEAGUE, <br> LONG BEACH AFTERSHOCK, <br> THEE TOLEDO REIGN, <br> DELAWARE GRIFFINS, <br> SYRACUSE STING, <br> HOUSTON ENERGY, <br> ARIZONA CALIENTE, <br> INDIANA SPEED, <br> MISSOURI AVENGERS, <br> MINNESOTA VIXEN, <br> DALLAS DIAMONDS, <br> NEW YORK DAZZLES, <br> LOS ANGELES AMAZONS, <br> SOCAL SCORPIONS, <br><br> Counter-plaintiffs, <br><br> v. <br><br> MELISSA A. KORPACZ and <br> NEW ENGLAND STORM, LLC, <br><br> Counter-defendants. | Civil Action <br> No. 04-10735-RWZ |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Women's Professional Football League ("WPFL"), the Long Beach Aftershock ("Aftershock"), the Toledo Reign ("Reign"), the Delaware Griffins "("Griffins"), the Syracuse Sting ("Sting"), Houston Energy Football, Inc. ("Energy"), the Indiana Speed ("Speed"), the Missouri Avengers

1

("Avengers"), the Minnesota Vixens ("Vixens"), the Dallas Diamonds ("Diamonds"), New York Dazzle Football ("Dazzle"), the Arizona Caliente ("Caliente"), the Los Angeles Amazons ("Amazons"), and the Southern California Scorpions ("Scorpions") (collectively, "Defendants"), and file this Motion for Summary Judgment. As grounds therefore, Defendants state that there is no genuine issue of material fact and that they are entitled to a judgment in their favor as a matter of law. The plaintiffs have not and will not be able to produce any evidence that they have suffered damages as a result of the allegations contained in the plaintiffs' Amended Complaint. Consequently, because, as a matter of law, plaintiffs cannot prevail on their claims, summary judgment pursuant to FED. R. CIV. P. 56 is appropriate.

In support of this motion, Defendants submit the accompanying Memorandum of Law, including a Statement of Undisputed Facts, and the Affidavits of Dawn Berndt and Brian Gross.

```
                              Respectfully submitted,
                              Defendants,
                              By their attorneys,



                              /s/ Brian D. Gross
                              Brian D. Gross, BBO #637718
                              Patrick S. Tracey, BBO #659626
                              COOLEY MANION JONES, LLP
                              21 Custom House Street
                              Boston, MA 022110-3536
                              (T) 617-737-3100
                              (F) 617-737-0374

                              and

                              Carlton D. Wilde
                              Pro Hac Vice
                              FRANKLIN, CARDWELL & JONES
                              1001 McKinney, 18th Floor
                              Houston, Texas 77002
                              (T) 713-222-6025
DATED: April 29, 2005         (F) 713-222-0938
```

## CERTIFICATE OF SERVICE

This is to certify that on this __29th__ day of April, 2005 a true and correct copy of the foregoing motion was served upon all counsel of record via first class mail, postage prepaid.

```
                              /s/ Brian D. Gross
                              Brian D. Gross
```

3