```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

MELISSA A. KORPACZ and                )
NEW ENGLAND STORM, LLC,               )
                                      )
        Plaintiffs,                   )
                                      )
    v.                                )   Civil Action
                                      )   No. 04-10735-RWZ
WOMEN'S PROFESSIONAL FOOTBALL LEAGUE  )
et al.,                               )
                                      )
        Defendants.                   )
                                      )
_____)
WOMEN'S PROFESSIONAL FOOTBALL LEAGUE, )
LONG BEACH AFTERSHOCK,                )
THEE TOLEDO REIGN,                    )
DELAWARE GRIFFINS,                    )
SYRACUSE STING,                       )
HOUSTON ENERGY,                       )
ARIZONA CALIENTE,                     )
INDIANA SPEED,                        )
MISSOURI AVENGERS,                    )
MINNESOTA VIXEN,                      )
DALLAS DIAMONDS,                      )
NEW YORK DAZZLES,                     )
LOS ANGELES AMAZONS,                  )
SOCAL SCORPIONS,                      )
                                      )
        Counter-plaintiffs,           )
                                      )
    v.                                )
                                      )
MELISSA A. KORPACZ and                )
NEW ENGLAND STORM, LLC,               )
                                      )
        Counter-defendants.           )
                                      )
```

**AFFIDAVIT OF BRIAN D. GROSS, ESQ.**

I, Brian D. Gross, attorney for the Defendants/Counter-Plaintiffs, hereby depose and state as follows:

1. I am associated with the law firm of Cooley Manion Jones LLP, and am one of the attorneys of record for the Defendants/Counter-Plaintiffs in the above-captioned action.

2. I am a member in good standing of the bar of the Commonwealth of Massachusetts and of the United States District Court for the District of Massachusetts.

3. Attached as Exhibit 1 is a true and accurate copy of the Profit or Loss From Business statement for 2001 which I received as an exhibit to plaintiffs' Motion for Pre-Judgment Attachment.

4. Attached as Exhibit 2 is a true and accurate copy of the Profit or Loss From Business statement for 2002 which I received as an exhibit to plaintiffs' Motion for Pre-Judgment Attachment.

5. Attached as Exhibit 3 is a true and accurate copy of the plaintiffs' Calculation of Damages, dated March 17, 2005, which I received from plaintiffs on April 26, 2005.

6. Attached as Exhibit 4 is a true and accurate copy of the press release announcing plaintiffs' expulsion, which I received as an exhibit to plaintiffs' Motion for Pre-Judgment Attachment.

7. Attached as Exhibit 5 is a true and accurate copy of one of the two versions of the Constitution and By-Laws of Women's Professional Football League, which were exhibits to Defendants' Opposition to Plaintiffs' Renewed Motion for Temporary Restraining Order. The provisions of Article VIII § 2(B)(2) are identical in each version of the By-Laws.

Signed under the pains and penalties of perjury this 29th day of April 2005.

/s/ Brian D. Gross
Brian D. Gross

141377v1