UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELISSA A. KORPACZ and )
NEW ENGLAND STORM, LLC, )
        Plaintiffs, )
    v. )
WOMEN'S PROFESSIONAL FOOTBALL LEAGUE ) Civil Action
et al., ) No. 04-10735-RWZ
        Defendants. )
WOMEN'S PROFESSIONAL FOOTBALL LEAGUE, )
LONG BEACH AFTERSHOCK, )
THEE TOLEDO REIGN, )
DELAWARE GRIFFINS, )
SYRACUSE STING, )
HOUSTON ENERGY, )
ARIZONA CALIENTE, )
INDIANA SPEED, )
MISSOURI AVENGERS, )
MINNESOTA VIXEN, )
DALLAS DIAMONDS, )
NEW YORK DAZZLES, )
LOS ANGELES AMAZONS, )
SOCAL SCORPIONS, )
        Counter-plaintiffs, )
    v. )
MELISSA A. KORPACZ and )
NEW ENGLAND STORM, LLC, )
        Counter-defendants. )

## AFFIDAVIT OF DAWN BERNDT

I, Dawn Berndt, hereby depose and state as follows:

1. My name is Dawn Berndt. I am over the age of eighteen (18) and competent in all respects to make this affidavit. The facts contained herein are true, correct, and based upon my personal knowledge.

2. I currently serve as the Executive Director of the WPFL. I have served as Executive Director since June 2004.

3. In addition, I serve as a Director of the WPFL. I have served as a Director since March 10, 2002.

4. The Women's Professional Football League, Inc. was incorporated in 2002, under the laws of the State of Texas, as a non-profit corporation. As a non-profit corporation, no corporate stock was authorized or issued.

5. All monies held in the WPFL bank account are used as general operating funds of the league, and have never been segregated for any specific purpose or otherwise specifically identified.

6. Attached as Exhibit A is a true and accurate copy of the Notice of Charges that the WPFL served upon Melissa Korpacz. That Notice of Charges was sent only to the WPFL's directors and/or alternate directors.

7. Attached as Exhibit B is a true and accurate copy of the Certificate of Registration of the WPFL logo with the United States Patent and Trademark Office.

8. In March of 2002, I received an email from plaintiff Melissa Korpacz of the New England Strom. In that email, she gave me (and other members of the WPFL) permission to use the "football eyes" graphic with the "It's Our Turn to Play!" logo she had placed in a newspaper advertisement in Boston. True and correct copies of that email and graphic are attached as Exhibit C to this affidavit.

Signed under the pains and penalties of perjury this 29th day of April 2005.

_Dawn Berndt_ (signature)
Dawn Berndt