UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND STORM, LLC and<br>MELISSA A. KORPACZ, JD,<br><br>　　　　　　Plaintiffs<br><br>v.<br><br>WOMEN'S PROFESSIONAL<br>FOOTBALL LEAGUE, et al.<br>　　　　　　Defendants | Civil Action No: 04-10735-RWZ |

### ASSENTED - TO MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

Plaintiffs New England Storm, LLC and Melissa A. Korpacz (collectively "Plaintiffs") hereby request a one (1) week extension, up to and including Friday, May 20, 2005, for Plaintiffs to respond to Defendant's Motion for Summary Judgment. Defendants filed its motion for summary judgment on April 29, 2005. Plaintiffs' opposition is currently due on May 13, 2005. The new due date, if this motion is allowed, will be May 20, 2005. The additional time is needed to fully and completely address the issues raised in Defendants' motion.

Attached hereto for the Court's convenience is a Proposed Order.

## CERTIFICATION OF COMPLIANCE WITH L.R. 7.1.1

Plaintiffs hereby confirm that they conferred with counsel for Defendants by telephone and that Defendant assents to this motion.

Respectfully submitted,

MELISSA A. KORPACZ (Pro Se)
and
NEW ENGLAND STORM, LLC
By Its Attorneys,

Dated: May 11, 2005

_____
Thomas O'Konski BBO #377475
Kevin Gannon BBO #640931
CESARI AND MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
(617) 951-2500

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was served by first class mail on May 11, 2005 to:

Brian Gross
Cooley, Manion and Jones
21 Custom House Street
Boston, MA 02110

_____