UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND STORM, LLC and<br>MELISSA A. KORPACZ, JD,<br><br>    Plaintiffs<br><br>v.<br><br>WOMEN'S PROFESSIONAL<br>FOOTBALL LEAGUE, et al.<br>    Defendants | Civil Action No: 04-10735-RWZ |

## ASSENTED - TO MOTION TO FURTHER EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

Plaintiffs New England Storm, LLC and Melissa A. Korpacz (collectively "Plaintiffs") hereby request an additional one (1) week extension, up to and including Friday, May 27, 2005, for Plaintiffs to respond to Defendants' Motion for Summary Judgment. Defendants' Motion for Summary Judgment was filed on April 29, 2005. Plaintiffs' opposition was originally due to be filed on May 13, 2005. Plaintiffs moved for a one-week extension, up to and including Friday, May 20, 2005. Defendants assented to that motion and the Court allowed it. This motion requests one additional week. The new due date, if this motion is allowed, will be May 27, 2005. The additional time is needed because Plaintiffs have had to deal with other pressing commitments and Plaintiff Korpacz' access to its pro bono counsel has been limited due to counsel's commitments. Plaintiffs do not expect that any additional time beyond that requested herein will be necessary.

Attached hereto for the Court's convenience is a Proposed Order.

## CERTIFICATION OF COMPLIANCE WITH L.R. 7.1.1

Plaintiffs hereby confirm that they conferred with counsel for Defendants regarding this request and that Defendants assent to this motion.

Respectfully submitted,

MELISSA A. KORPACZ (Pro Se)
and
NEW ENGLAND STORM, LLC
By Its Attorneys,

Dated: May 19, 2005

_____
Thomas O'Konski BBO #377475
Kevin Gannon BBO #640931
CESARI AND MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA  02210
(617) 951-2500

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was served by first class mail on May 19, 2005 to:

> Brian Gross
> Cooley, Manion and Jones
> 21 Custom House Street
> Boston, MA 02110

_____