UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND STORM, LLC and<br>MELISSA A. KORPACZ, JD,<br><br>        Plaintiffs<br><br>v.<br><br>WOMEN'S PROFESSIONAL<br>FOOTBALL LEAGUE, et al.<br>        Defendants | Civil Action No: 04-10735-RWZ |

## REQUEST FOR CORRECTION OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 11(a), Plaintiff New England Storm LLC respectfully requests that Plaintiffs' Memorandum In Opposition to Defendants' Motion For Summary Judgment, filed on May 27, 2005, be corrected to include the signature of its undersigned counsel.

Respectfully submitted,

MELISSA A. KORPACZ (Pro Se)
and
NEW ENGLAND STORM, LLC
By Its Attorneys,

Dated: May 31, 2005

/s/ Thomas C. O'Konski
Thomas O'Konski BBO #377475
Kevin Gannon BBO #640931
CESARI AND MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
(617) 951-2500