UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELISSA A. KORPACZ and
NEW ENGLAND STORM, LLC

**Plaintiffs**

v.                                                                    Civil Action No:  04-10735-RWZ

WOMEN'S PROFESSIONAL
FOOTBALL LEAGUE, et al.,

**Defendants**

### DEFENDANTS' ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Now comes the Defendants, Women's Professional Football League, et al. (WPFL) and hereby move that this Honorable Court enter an order enlarging the time in which Defendants must serve and file their Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment from June 7, 2005, which is the current deadline, to June 10, 2005.

In support of this motion, the Defendants state that all parties assent to this motion. Wherefore, the Defendants respectfully request that the Court extend the time for Defendants to file and serve its Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment in the above-captioned matter.

Women's Professional Football League, et al.,
By Its Attorneys,

/s/ Brian D. Gross
Brian D. Gross, BBO No. 637718
Patrick S. Tracey, BBO #659626
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

Date:  June 7, 2005

1

## CERTIFICATE OF SERVICE

     I, Brian D. Gross, attorney for the Defendants/Counter-Plaintiffs in the above-captioned action, hereby certify that I served a copy of the foregoing upon all counsel of record via first class mail, postage prepaid, on this 7th day of June, 2005.

                                           /s/ Brian D. Gross
                                           Brian D. Gross

143242v1