UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELISSA A. KORPACZ and <br> NEW ENGLAND STORM, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> WOMEN'S PROFESSIONAL FOOTBALL LEAGUE <br> et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action <br> ) No. 04-10735-RWZ <br> ) <br> ) <br> ) <br> ) <br> ) |
| WOMEN'S PROFESSIONAL FOOTBALL LEAGUE, <br> LONG BEACH AFTERSHOCK, <br> THEE TOLEDO REIGN, <br> DELAWARE GRIFFINS, <br> SYRACUSE STING, <br> HOUSTON ENERGY, <br> ARIZONA CALIENTE, <br> INDIANA SPEED, <br> MISSOURI AVENGERS, <br> MINNESOTA VIXEN, <br> DALLAS DIAMONDS, <br> NEW YORK DAZZLES, <br> LOS ANGELES AMAZONS, <br> SOCAL SCORPIONS, <br><br> Counter-plaintiffs, <br><br> v. <br><br> MELISSA A. KORPACZ and <br> NEW ENGLAND STORM, LLC, <br><br> Counter-defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' MOTION FOR LEAVE TO REPLY TO PLAINTIFFS' OPPOSITION TO ITS MOTION FOR SUMMARY JUDGMENT**

The defendants Women's Professional Football League ("WPFL"), the Long Beach Aftershock ("Aftershock"), the Toledo Reign ("Reign"), the Delaware Griffins "("Griffins"), the Syracuse Sting ("Sting"), Houston Energy Football, Inc. ("Energy"), the Indiana Speed ("Speed"), the Missouri Avengers ("Avengers"), the Minnesota Vixens ("Vixens"), the Dallas Diamonds ("Diamonds"), New York Dazzle

Football ("Dazzle"), the Arizona Caliente ("Caliente"), the Los Angeles Amazons ("Amazons"), and the Southern California Scorpions ("Scorpions") (collectively, "Defendants"), seek leave of this Court to file a short reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. [The reply is submitted herewith.] The reply is necessary to correct misstatements and inaccuracies in the Plaintiffs' opposition and because Plaintiffs had failed, prior to filing their opposition, to produce to Defendants any of the documents attached to their opposition.

WHEREFORE, the Defendants request that this Court:

A.  Grant the Defendants leave to file the reply;

B.  Accept the submission as filed; and

C.  Grant such other and further relief as may be deemed just and proper.

Respectfully submitted,
Defendants,
By their attorneys,


/s/ Brian D. Gross
Brian D. Gross, BBO #637718
Patrick S. Tracey, BBO #659626
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 022110-3536
(T) 617-737-3100
(F) 617-737-0374

and

Carlton D. Wilde
Pro Hac Vice
FRANKLIN, CARDWELL & JONES
1001 McKinney, 18th Floor
Houston, Texas 77002
(T) 713-222-6025
(F) 713-222-0938

DATED: June 10, 2005

## CERTIFICATE OF SERVICE

This is to certify that on this 10th day of June, 2005 a true and correct copy of the foregoing motion was served upon all counsel of record via first class mail, postage prepaid.

/s/ Brian D. Gross
Brian D. Gross