# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELISSA A. KORPACZ and )<br>NEW ENGLAND STORM, LLC, )<br>　　　　　　　　　　　　　　　)<br>　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　)<br>　　v. )<br>　　　　　　　　　　　　　　　)<br>WOMEN'S PROFESSIONAL FOOTBALL LEAGUE )<br>et al., )<br>　　　　　　　　　　　　　　　)<br>　　　　Defendants. )<br>　　　　　　　　　　　　　　　) | Civil Action<br>No. 04-10735-RWZ |
| WOMEN'S PROFESSIONAL FOOTBALL LEAGUE, )<br>LONG BEACH AFTERSHOCK, )<br>THEE TOLEDO REIGN, )<br>DELAWARE GRIFFINS, )<br>SYRACUSE STING, )<br>HOUSTON ENERGY, )<br>ARIZONA CALIENTE, )<br>INDIANA SPEED, )<br>MISSOURI AVENGERS, )<br>MINNESOTA VIXEN, )<br>DALLAS DIAMONDS, )<br>NEW YORK DAZZLES, )<br>LOS ANGELES AMAZONS, )<br>SOCAL SCORPIONS, )<br>　　　　　　　　　　　　　　　)<br>　　　　Counter-plaintiffs, )<br>　　　　　　　　　　　　　　　)<br>　　v. )<br>　　　　　　　　　　　　　　　)<br>MELISSA A. KORPACZ and )<br>NEW ENGLAND STORM, LLC, )<br>　　　　　　　　　　　　　　　)<br>　　　　Counter-defendants. )<br>　　　　　　　　　　　　　　　) | |

**AFFIDAVIT OF ROBIN HOWINGTON**

I, Robin Howington, hereby depose and state as follows:

1.　　My name is Robin Howington. I am over the age of eighteen (18) and competent in all respects to make this affidavit. The facts contained herein are true, correct, and based upon my personal knowledge.

2. I am the owner of Houston Energy Football, Inc. Houston Energy Football, Inc. is the corporate entity that formerly ran the Houston Energy football team that plays in the Women's Professional Football League. Houston Energy Football, Inc. was incorporated under the laws of the State of Texas in 2000. Since its incorporation, I have been the sole owner of Houston Energy Football, Inc. In 2004, I sold the assets of Houston Energy Football, Inc., including the Houston Energy football team and its territorial rights in the WPFL, to Energy Football, Inc., a transaction that was approved by the WPFL Board of Directors. I am a former Director and Officer of the Women's Professional Football League, Inc.

3. The Houston Energy first organized and played professional football in October, 2000. At that time, the Energy, as well as the New England Storm, were members of a league called the Women's Professional Football League. That iteration of the Women's Professional Football League was begun in 1999, and was owned and operated by World Wide Sports, LLC, an entity owned by Ernie DeLang. Neither Melissa Korpacz nor I had any ownership interest in World Wide Sports.

4. As part of our membership in the former iteration of the Women's Professional Football League owned by World Wide Sports, each team was required to pay a License Fee to World Wide Sports. The Houston Energy paid a Member License Fee of $20,000 to World Wide Sports in order to join the league.

5. As part of our membership in the league owned by World Wide Sports, all teams, including both the Houston Energy and the New England Storm, were required to turn over all team revenues to World Wide Sports, which in turn would pay each team's expenses. The Houston Energy sent World Wide Sports more than $60,000. Unfortunately, World Wide Sports did not pay many of the teams' expenses and misappropriated the Member License Fees and revenues sent it by teams such as the Houston Energy and New England Storm. As a result, I was forced to purchase equipment for the New England Storm (attached hereto as Exhibit A are true and accurate copies of invoices for the equipment, and credit card statements which demonstrate

2

that I purchased the equipment for the Storm). This came to a head when, at the end of the 2000 season, World Wide Sports announced that the league had no money, and thus did not have the funds to stage the league's championship game or continue the league.

6.  At that time, an investor by the name of Gene Ross purchased the Women's Professional Football League from World Wide Sports and put on the 2000 championship game. The misappropriation of funds by World Wide Sports caused seven of the 11 WPFL teams to resign from the league in 2000. The resignation of these seven teams in turn caused Gene Ross to end his involvement with the WPFL, and shut down the league. The Houston Energy and the New England Storm thus lost all of the money that they had paid the league.

7.  In response, the four remaining teams, including the Houston Energy and New England Storm, decided to play football against each other as the Women's Professional Football League for the 2001 season.

8.  In 2002, the owners of three of the remaining four teams, the Houston Energy, New England Storm, and Austin Rage then incorporated their new league as The Women's Professional Football League, Inc.. This new corporation was organized under the laws of the State of Texas, as a non-profit corporation. As a non-profit corporation, no corporate stock was authorized or issued.

9.  As the founding members of the Women's Professional Football League, Inc., the Houston Energy, New England Storm, and Austin Rage were not required to pay a Member License Fee to join the new league. In fact, the Member License Fee was expressly waived for the founding members in the Women's Professional Football League Organization Agreement. None of the founding member teams invested any money in the non-profit corporation known as the Women's Professional Football League, Inc.

10. At the same time the founding members incorporated the Women's Professional Football League, Inc, we also incorporated WPFL Promotions LLC, a for-profit organization organized under the laws of the State of Texas. WPFL Promotions was formed to market the

3

Women's Professional Football League. Each of the founding members was then issued 750,000 units in WPFL Promotions. The founding members did not, however, invest any money in WPFL Promotions in return for these units.

11. WPFL Promotions is still an ongoing enterprise incorporated under the Laws of Texas. Melissa Korpacz and I still own units in WPFL Promotions, and serve as Directors of the company. The expulsion of Melissa Korpacz has done nothing to affect our ownership of WPFL Promotions or the value of that ownership.

Signed under the pains and penalties of perjury this 10th day of June 2005.

*Robin Howington*
6/10/05

# EXHIBIT A

| | $12,300.00 | $7,204.51 | 30 | 10/13/00 | $95.00 | 11/12/00 |
|---|---|---|---|---|---|---|
| | | | | | Charges | Credits (CR) |

| ding in | Transaction Date | Reference Number | Card Type | Category | Transactions | OCTOBER 2000 STATEMENT | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | **PURCHASES AND ADJUSTMENTS** | | | |
| )/02 | 09/30 | 7350 | VS | C | BIKE ATHLETIC COMPANY   865-5497214   TN MAIL/PHONE | 3,676.57 | |
| )/05 | 10/04 | 4104 | VS | C | BIKE ATHLETIC COMPANY   865-5497214   TN MAIL/PHONE | 1,323.85 | |
| )/13 | 10/13 | 0000 | VS | C | LATE CHARGE FOR PMT DUE 10/12 | 29.00 | |
| | | | | | TOTAL FOR BILLING CYCLE FROM 09/14/2000 THROUGH 10/13/2000 | $5,029.42 | $0.00 |



*#814*
*11/11/00*
*$1,000.00*

**IMPORTANT NEWS**

YOU ARE A VALUED CUSTOMER. WE WANT TO MAKE SURE YOU ARE AWARE THAT WE HAVE NOT RECEIVED YOUR PAYMENT. PLEASE SEND THE AMOUNT DUE TODAY. IF IT HAS BEEN MAILED, THANK YOU.

READY FOR SOME FOOTBALL? WEEKEND GETAWAYS ARE AVAILABLE TO 15 FOOTBALL CITIES! CALL 1-888-382-5712 OR VISIT MBNATRAVEL.COM FOR PRICING AND MORE INFORMATION.

FOUR NIGHTS AT THE LUXURIOUS FOUR SEASONS RESORT LAS VEGAS. LAND PRICES FROM $562 PP. CALL 1-877-237-3407 OR VISIT WWW.MBNATRAVEL.COM FOR MORE INFORMATION!

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $30.00 | $0.00 | $0.00 | $5,029.42 | $36.07 | $0.00 | $5,095.49 |

**TOTAL MINIMUM PAYMENT DUE**

Past Due Amount .............. $15.00
Current Payment .............. $80.00
Total Minimum Payment Due ... $95.00

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.054767% DLY | 19.99% | $0.00 |
| B. ATM, BANK | 0.054767% DLY | 19.99% | $0.00 |
| C. PURCHASES | 0.054767% DLY | 19.99% | $2,195.43 |

**FOR THIS BILLING PERIOD:**
**ANNUAL PERCENTAGE RATE**............ 19.99%
(Includes Periodic Rate and Transaction Fee Finance Charges.)

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**
- For Customer Satisfaction and up to the minute automated information including balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call 1-800-626-955
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: MBNA AMERICA, P.O. BOX 15137, WILMINGTON, DE 19886-5137.
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to: MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

1373   038   1HR  1112  1302  00

PAGE 1 OF 1

NOVEMBER 2000 STATEMENT

| Account | | | | | | | $12,300.00 | 31 | 11/13/00 | $235.00 | 12/12/00 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | | | | | | Credits (CR) |
| PURCHASES AND ADJUSTMENTS | | | | | | | | | | | |
| 10/23 | 10/20 | 9729 | VS | C | BIKE ATHLETIC COMPANY | 865-5497214 | TN MAIL/PHONE | | | 40.08 | |
| 10/23 | 10/20 | 9745 | VS | C | BIKE ATHLETIC COMPANY | 865-5497214 | TN MAIL/PHONE | | | 93.15 | |
| 10/23 | 10/20 | | VS | C | BIKE ATHLETIC COMPANY | 865-5497214 | TN MAIL/PHONE | | | 107.31 | |
| 10/26 | 10/24 | 2463 | VS | C | BIKE ATHLETIC COMPANY | 865-5497214 | TN MAIL/PHONE | | | 1,158.45 | |
| 11/06 | 11/04 | 3673 | VS | C | BIKE ATHLETIC COMPANY | 865-5497214 | TN MAIL/PHONE | | | 29.00 | |
| 11/13 | 11/13 | 0000 | VS | C | LATE CHARGE FOR PMT DUE 11/12 | | | | | $1,427.99 | $0.00 |
| | | | | TOTAL FOR BILLING CYCLE FROM 10/14/2000 THROUGH 11/13/2000 | | | | | | | |

# 871
12/01/00
$1000.00

OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE

**IMPORTANT NEWS**

PERHAPS IT WAS AN OVERSIGHT, BUT WE HAVE NOT RECEIVED YOUR PAYMENT. IF IT HAS BEEN MAILED, THANK YOU. IF YOU NEED ASSISTANCE, PLEASE CALL 1-888-755-1565.

INVEST IN MBNA GOLDPORTFOLIO CD AND MONEY MARKET ACCOUNTS. CALL 1-800-349-4748, MON-FRI 8AM TO 8PM & SAT 8-5 (EASTERN TIME). MEMBER FDIC.

KEEP TRACK OF EVERYONE'S EXPENSES. ORDER ADDITIONAL CARDS FOR YOUR FAMILY. CALL 1-800-770-6459 TODAY.

**SUMMARY OF TRANSACTIONS**

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $5,095.49 | $0.00 | $0.00 | $1,427.99 | $96.68 | $0.00 | $6,620.16 |

**TOTAL MINIMUM PAYMENT DUE**

| Past Due Amount | $95.00 |
|---|---|
| Current Payment | $140.00 |
| Total Minimum Payment Due | $235.00 |

**FINANCE CHARGE SCHEDULE**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.054767% DLY | 19.99% | $0.00 |
| B. ATM, BANK | 0.054767% DLY | 19.99% | $0.00 |
| C. PURCHASES | 0.054767% DLY | 19.99% | $5,694.36 |

FOR THIS BILLING PERIOD:
**ANNUAL PERCENTAGE RATE** 19.99%
(Includes Periodic Rate and Transaction Fee Finance Charges.)

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**
- For Customer Satisfaction and up to the minute automated information includ balance, available credit, payments received, payments due, due date, paym address information, or to request duplicate statements, call 1-800-626-25
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: MBNA AMERICA, P.O. BOX 15137, WILMINGTON, DE 19886-5137.
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to: MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

2821    045    341 0612 1311 03
PAGE 1 OF 1

# BIKE

**BIKE ATHLETIC COMPANY**

P.O. Box 666
Knoxville, TN 37901-0666
1-546-4703    FAX: 423-549-7988

DATE: 9/29/00

To: Robin Howington

From: Susan Hicks

If you wish to purchase Bike Athletic Company merchandise using your Visa/MasterCard or American Express, please complete the form below, sign and return to the attention of Mike Whitfield:
Phone: 800-251-9230;   Direct Fax: 865-549-7901

**CHARGE CARD INFORMATION AND AUTHORIZATION TO:**

Bike Athletic Company, 2801 Red Dog Lane, P. O. Box 666, Knoxville, TN 37901

I, Robin Howington, do hereby authorize Bike Athletic Company to charge the credit card account noted below for purchases of product and/or services that will be made from time to time, by phone or by written purchase order.

COMPANY NAME: Robin D. Howington

ADDRESS: 4414 Young St.

CITY/STATE: Pasadena, TX 77504

VISA  X   MASTERCARD ____   AMER.EXPRESS ____   EXPIR. DATE 03/02

CREDIT CARD NUMBER ████████████

NAME ON CARD   Robin D. Howington

DAY TIME PHONE ████████

FAX NUMBER: ████████

AUTHORIZED PURCHASER: Robin D.H.

AUTHORIZED PURCHASER: N/A

For PO# 2002 @
# 3748.49
+
PO# 2015
# 1195.50
Total - # 4943.

I, (we) certify that the facts contained herein are correct to the best of my knowledge. I (we) agree to all terms and conditions as published by Bike Athletic Company, and agree to pay all invoices within terms to prevent termination of credit card acceptance by Bike.

AUTHORIZED SIGNATURE/TITLE   Robin D.H.      DATE 9/29/00



# BIKE® PHONE 865-546-4703 P.O. BOX 666 KNOXVILLE, TN 37792

**BIKE® PHONE** 865-546-4703   P. O. BOX 666   KNOXVILLE, TN 37792   **CUSTOMER**

# INVOICE

```
9860102
WORLD WIDE SPORTS, LLC            HILCO
DBA WPFL                          1680 CRANSTON STREET
5555 W. 78TH ST, STE. B
EDINA    MN 55439                 CRANSTON  RI 02920
```

| INV.NO. | DATE | TERMS | P.O.NO. | SLSMN | ORD.NO. |
|---|---|---|---|---|---|
| 126105 | 10/20/00 | CR CARD | JEANNE | 008 | 2114057 |

| STYLE | COLOR | COLOR DSC. | ITM.DSC. | XL | QTY. | PRICE | EXT.PRICE |
|---|---|---|---|---|---|---|---|
| 7957 | 290 | WHBK | YOUTH LA | 3 | 3 | 31.95 | 95.85 |

```
                    SALES DRAFT

                    BIKE ATHLETIC COMPANY
                    2801 RED DOG LANE
                    KNOXVILLE, TN 37914
                    TERMINAL 7965791

                    360567297
                    10/23/00  05:32AM
                    VS  4800122750022572    EXP. 0302
                    REF NO. 29723003   005 AD
                    AUTH. CODE 04256

                    SALE TOTAL     $107.31

                    X_____
```

| | SHIP VIA | CTN | WT. | PICK TICKET | | |
|---|---|---|---|---|---|---|
| TO | ROADWAY PACK | 1 | 13 | 0290816 | NET: | 95.85 |
| T | | | | | FRT: | 11.46 |
| A | | | | | TAX: | |
| L | DUE IF PAID BY 11/04/00 | | | | MSC: | |
| S | | | | | TOT: | 107.31 |
| | | | | | PROGRAM DIS: | |
| | | | | | TERMS DIS: | |
| | | | | | FREIGHT DIS: | |
| | DUE IF NOT PAID BY DUE DATE | | | | GRS: | 107.31 |

**DISCOUNT NOT ALLOWED ON PAST DUE INVOICES**

PLEASE REMIT TO:

BIKE ATHLETIC COMPANY          ANY DISCREPANCIES ON THIS
P.O. BOX 414236                INVOICE MUST BE REPORTED
BOSTON, MA  02241              WITHIN 10 DAYS.
                               0.75% ANTICIPATION RATE PER MONTH.

SERVICE CHARGE WILL BE APPLIED TO ALL PAST DUE BALANCES
AT THE LOWER OF 2% OR APPLICABLE STATE LAW.

# BIKE

® PHONE
865.546.4703

P. O. BOX 666
KNOXVILLE, TN 37901

# DUPLICATE

## INVOICE

9860102
WORLD WIDE SPORTS, LLC
DBA WPFL
5555 W. 78TH ST, STE.B
EDINA   MN 55439

HILCO ATHLETICS
1680 CRANSTON ST

CRANSTON   RI 02920

| INV.NO. | DATE | TERMS | P.O.NO. | SLSMN | ORD.NO. |
|---|---|---|---|---|---|
| 124441 | 10/10/00 | NET 30 | 2002 | 008 | 2110432 |

*acard*

| STYLE | COLOR | COLOR DSC. | ITM.DSC. | M | L | QTY. | PRICE | EXT.PRICE |
|---|---|---|---|---|---|---|---|---|
| 2000 | 016 | WH WHITE | ADULT FO | 6 | 4 | 10 | 84.95 | 849.50 |
| 2051 | 017 | SC SCARL | OPO ZIDE | L | | 10 | 11.95 | 119.50 |
| 2053 | 017 | SC SCARL | JOPU HOL | 10 4 | | 4 | 11.95 | 47.80 |

SALES DRAFT

BIKE ATHLETIC COMPANY
2001 RED DOG LANE
KNOXVILLE, TN 37914
TERMINAL 7965791

160567297
11/03/00 12:19PM
VS 4096122750022572    EXP. 0302
REF NO. 30835007    005 AD
AUTH. CODE 045221

SALE TOTAL    $1158.45

| | SHIP VIA | CTN | WT. | PICK TICKET | NET: | 1016.80 |
|---|---|---|---|---|---|---|
| TOTAL | UPS GROUND | 3 | 102 | 0288654 | FRT: | 141.65 |
| | | | | | TAX: | |
| | | | | | MSC: | |
| | DUE IF PAID BY 11/09/00 | | | | TOT: | 1158.45 |
| | | | | | PROGRAM DIS: | |
| | | | | | TERMS DIS: | |
| | | | | | FREIGHT DIS: | |
| | DUE IF NOT PAID BY DUE DATE | | | | GRS: | 1158.45 |

**DISCOUNT NOT ALLOWED ON**

**PAST DUE INVOICES**

PLEASE REMIT TO:

BIKE ATHLETIC COMPANY
P.O. BOX 414236
BOSTON, MA  02241

ANY DISCREPANCIES ON THIS
INVOICE MUST BE REPORTED
WITHIN 10 DAYS.
0.75% ANTICIPATION RATE PER MONTH.

SERVICE CHARGE WILL BE APPLIED TO ALL PAST DUE BALANCES
APPLICABLE STATE LAW

# BIKE

**TELEPHONE**
865.546.4703

P. O. BOX 666
KNOXVILLE, TN 37901

**CUSTOMER**

## INVOICE

9860102
WORLD WIDE SPORTS, LLC
DBA WPFL
5555 W. 78TH ST, STE.B
EDINA  MN 55439

HILLCO ATHLETICS
MISSI KORPACZ
1680 CRANSTON ROAD
CRANSTON  RI 02920

| INV.NO. | DATE | TERMS | P.O.NO. | SLSMN | ORD.NO. |
|---|---|---|---|---|---|
| 123351 | 10/02/00 | CR CARD | 2015 | 008 | 2111423 |

| STYLE | COLOR | COLOR DSC. | ITM.DSC. | L | | | QTY. | PRICE | EXT.PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 7949 | 290 | WHBK | LASER 10 | 6 | | | 6 | 12.95 | 77.70 |
| 7957 | 290 | WHBK | YOUTH LA | XL | 2L | | 23 | 19.95 | 458.85 |
| | | | | 10 | 13 | | | | |
| 7980 | 001 | BK BLACK | BRUISER | 11 | 4 | | 15 | 29.95 | 449.25 |
| 7928 | 289 | WHGR | BIG DAWG | 2L | 3L | | 6 | 34.95 | 209.70 |
| | | | | 3 | 3 | | | | |

03/02

045221

SALES DRAFT

BIKE ATHLETIC COMPANY
2891 RED DOG LANE
KNOXVILLE, TN 37914
TERMINAL 7965791

36050227
12/03/00 02:47PM
VS 4805012780025701    EXP. 0302
RF NO. 277066809    005 AO
AUTH CODE 045221

SALE TOTAL    $1323.85

| | SHIP VIA | CTN | WT. | PICK TICKET | NET: | 1195.50 |
|---|---|---|---|---|---|---|
| MPOSED SMAL | ROADWAY EXPR | 11 | 282 | 0287653 | FRT: | 128.35 |
| | | | | | TAX: | |
| | | | | | MSC: | |
| | DUE IF PAID BY 10/17/00 | | | | TOT: | 1323.85 |
| | | | | | PROGRAM DIS: | |
| | | | | | TERMS DIS: | |
| | | | | | FREIGHT DIS: | |
| | DUE IF NOT PAID BY DUE DATE | | | | GRS: | 1323.85 |

**DISCOUNT NOT ALLOWED ON**

**PAST DUE INVOICES**

PLEASE REMIT TO:

BIKE ATHLETIC COMPANY
P.O. BOX 414236
BOSTON, MA  02241

ANY DISCREPANCIES ON THIS
INVOICE MUST BE REPORTED
WITHIN 10 DAYS.
0.75% ANTICIPATION RATE PER MONTH.

SERVICE CHARGE WILL BE APPLIED TO ALL PAST DUE BALANCES

# BIKE

® PHONE
865.546.4703

P.O. BOX 566
KNOXVILLE, TN 37901

CUSTOMER

## INVOICE

9860102
WORLD WIDE SPORTS,LLC
DBA WPFL
5555 W. 78TH ST, STE.B
EDINA   MN  55439

HILCO ATHLETICS
1680 CRANSTON ST

CRANSTON   RI  02920

| INV.NO. | DATE | TERMS | P.O.NO. | SLSMN | ORD.NO. |
|---|---|---|---|---|---|
| 122740 | 9/28/00 | NET 30 | 2002 | 008 | 2110433 |

| STYLE | COLOR | COLOR DSC. | ITM.DSC. | XL | | | QTY. | PRICE | EXT.PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 7920 | 016 | WH WHITE | PLAYMAKE | XL 1 | | | 1 | 33.88 | 33.88 |
| 7928 | 289 | WHGR | BIG DAWG | 1 | 3L 1 | | 2 | 34.63 | 69.26 |

SALES DRAFT

BIKE ATHLETIC COMPANY
7881 RED DOG LANE
KNOXVILLE, TN 37724
TERMINAL 7965791

88037287
9/29/00 12:04PM
AC  4869127300903572      EXP. 0301
AP. AL 21201064    005 AO
APR CODE 045221

TOTAL    $3476.57

| | SHIP VIA | CTN | WT. | PICK TICKET | NET: | 103.14 |
|---|---|---|---|---|---|---|
| T O T A L S | UNITED PARCE | 1 | 21 | 0287096 | FRT: | 9.96 |
| | | | | | TAX: | |
| | | | | | MSC: | |
| | DUE IF PAID BY 10/28/00 | | | | TOT: | 113.10 |
| | | | | | PROGRAM DIS: | |
| | | | | | TERMS DIS: | |
| | | | | | FREIGHT DIS: | |
| | DUE IF NOT PAID BY DUE DATE | | | | GRS: | 113.10 |

PLEASE REMIT TO:

BIKE ATHLETIC COMPANY
P.O. BOX 414236
BOSTON, MA  02241

ANY DISCREPANCIES ON THIS
INVOICE MUST BE REPORTED
WITHIN 10 DAYS.
0.75% ANTICIPATION RATE PER MONTH.

SERVICE CHARGE WILL BE APPLIED TO ALL PAST DUE BALANCES

# BIKE

PHONE  
865.546.4703

P. O. BOX 506  
KNOXVILLE, TN 37901

CUSTOMER

## INVOICE

9860102  
WORLD WIDE SPORTS, LLC  
DBA WPFL  
5555 W. 78TH ST, STE.B  
EDINA    MN 55439

HILCO ATHLETICS  
1680 CRANSTON ST

CRANSTON    RI 02920

| INV.NO. | DATE    | TERMS  | P.O.NO. | SLSMN | ORD.NO. |
|---------|---------|--------|---------|-------|---------|
| 122506  | 9/28/00 | NET 30 | 2002    | 008   | 2110432 |

| STYLE | COLOR | COLOR DSC. | ITM.DSC. | L |   |    |    | QTY. | PRICE | EXT. PRICE |
|-------|-------|------------|----------|---|---|----|----|------|-------|------------|
| 2037  | 001   | BK BLACK   | BULB INF | 1 |   |    |    | 1    | 6.50  | 6.50       |
| 2000  | 016   | WH WHITE   | ADULT FO | M | L | XL |    | 50   | 63.30 | 3165.00    |
|       |       |            |          | 16| 24| 10 |    |      |       |            |
| 2052  | 017   | SC SCARL   | OPOU HOL | L |   |    |    | 22   | 9.00  | 198.00     |
|       |       |            |          | 22|   |    |    |      |       |            |
| 2063  | 017   | SC SCARL   | SW-1 OPO | 4 |   |    |    | 4    | 9.00  | 36.00      |
| 2054  | 017   | SC SCARL   | NJOP HOL | 10|   |    |    | 10   | 9.00  | 90.00      |

TOTALS

| SHIP VIA   | CTN | WT. | PICK TICKET | NET:  | 3495.50 |
|------------|-----|-----|-------------|-------|---------|
| UPS GROUND | 12  | 165 | 0287095     | FRT:  | 67.97   |
|            |     |     |             | TAX:  |         |
|            |     |     |             | MSC:  |         |
| DUE IF PAID BY 10/28/00 |     |     |             | TOT:  | 3563.47 |
|            |     |     |             | PROGRAM DIS: |  |
|            |     |     |             | TERMS DIS:   |  |
|            |     |     |             | FREIGHT DIS: |  |
| DUE IF NOT PAID BY DUE DATE |  |  |        | GRS:  | 3563.47 |

**DISCOUNT NOT ALLOWED ON PAST DUE INVOICES**

PLEASE REMIT TO:

BIKE ATHLETIC COMPANY  
P.O. BOX 414236  
BOSTON, MA 02241

ANY DISCREPANCIES ON THIS  
INVOICE MUST BE REPORTED  
WITHIN 10 DAYS.  
0.75% ANTICIPATION RATE PER MONTH.

SERVICE CHARGE WILL BE APPLIED TO ALL PAST DUE BALANCES