UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND STORM, LLC and MELISSA A. KORPACZ, JD,<br><br>Plaintiffs<br><br>v.<br><br>WOMEN'S PROFESSIONAL FOOTBALL LEAGUE, et al.<br>Defendants | Civil Action No: 04-10735-RWZ |

## ASSENTED-TO MOTION FOR LEAVE TO FILE SURREPLY

Plaintiffs New England Storm, LLC and Melissa A. Korpacz (collectively "Plaintiffs") hereby request leave of the Court to file, on or before Friday, June 17, 2005, a surreply, not to exceed five (5) pages in length, to Defendants' Reply To Plaintiffs' Opposition To Its Motion for Summary Judgment.

As grounds for this Motion, Plaintiffs state that Defendants' Reply raises new contentions of fact and law which Plaintiffs have not previously addressed and which must be addressed briefly to place Defendants' Motion for Summary Judgment in proper perspective.

## CERTIFICATION OF COMPLIANCE WITH L.R. 7.1.1

Plaintiffs hereby confirm that they conferred with counsel for Defendants by telephone and that Defendant assents to this Motion.

Respectfully submitted,

MELISSA A. KORPACZ (Pro Se)
and
NEW ENGLAND STORM, LLC
By Its Attorneys,

Dated: June 14, 2005

　　　/s/ Thomas C. O'Konski　　　
Thomas O'Konski BBO #377475
Kevin Gannon BBO #640931
CESARI AND MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
(617) 951-2500