## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW ENGLAND STORM, LLC and ) <br> MELISSA A. KORPACZ, JD, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> WOMEN'S PROFESSIONAL ) <br> FOOTBALL LEAGUE, et al. ) <br> Defendants ) <br> ) | **Civil Action No: 04-10735-RWZ** |

### REQUEST FOR CORRECTION OF PLAINTIFF KORPACZ' DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Melissa A. Korpacz respectfully requests that this Court take note that the

asserted amount of $25,000 as reflected in line 7 of Plaintiffs Korpacz' Declaration In Support of

Plaintiffs' Opposition to Defendants' Motion For Summary Judgment, filed on May 27, 2005,

was made in error and should instead reflect the sum of $20,000.  Plaintiff Korpacz in line 7

inadvertently asserted that her original License Fee was $25,000, when in fact it was $20,000.


Respectfully submitted,

MELISSA A. KORPACZ (Pro Se)

Dated: June 10, 2005

*Melissa Korpacz* by KG

Melissa A. Korpacz
P.O. Box 808
Medford, MA 02155
781-866-9700

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading was served by first class mail on June 10,

2005 to:

Brian Gross
Cooley, Manion and Jones
21 Custom House Street
Boston, MA 02110

2