UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

MELISSA A. KORPACZ and
NEW ENGLAND STORM, LLC

    **Plaintiffs**

v.                                   Civil Action No: 04-10735-RWZ

WOMEN'S PROFESSIONAL
FOOTBALL LEAGUE, et al.,

    **Defendants**

---

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

    Defendants' counsel, Brian D. Gross and Patrick S. Tracey, attorneys with Cooley Manion Jones LLP, 21 Custom House Street, Boston, MA 02110, hereby respectfully request this Court withdraw their appearance as counsel for Defendants Dayton Rebellion and Missouri Avengers in the above captioned matter. In support of their request, counsel states that both defendants have been incommunicado, have not responded to counsels' requests for information, and are believed to be dissolved entities. Thus, as counsel cannot communicate with the stated defendants, counsel requests that this Honorable Court withdraw their appearance as counsel for the defendants.

                                                        Respectfully submitted,

                                                        Brian D. Gross, BBO No. 637718
                                                        Patrick S. Tracey BBO No. 659626
                                                        Cooley Manion Jones LLP
                                                        21 Custom House Street
                                                        Boston, MA 02110

Date August 15, 2005            (617) 737-3100

## CERTIFICATE OF SERVICE

  I, Patrick S. Tracey, attorney for the Defendants/Counter-Plaintiffs in the above-captioned action, hereby certify that I served a copy of the foregoing upon all counsel of record via electronic filing on this 15th day of August, 2005.

                 Patrick S. Tracey

146144.1