UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELISSA A. KORPACZ and
NEW ENGLAND STORM, LLC

    **Plaintiffs**

v.                                                    Civil Action No: 04-10735-RWZ

WOMEN'S PROFESSIONAL
FOOTBALL LEAGUE, et al.,

    **Defendants**

## DEFENDANTS' MOTION TO STAY DISCOVERY

Defendant Women's Professional Football League, et al., hereby respectfully moves this Court for the entry of an order temporarily staying proceedings pending the Court's decision on the Defendants' Motion for Summary Judgment. In support of their motion, defendants offer the following statement of reasons:

Plaintiffs filed this lawsuit against the Women's Professional Football League ("WPFL") and fourteen different league teams alleging seven causes of action. Since that time, discovery has been an on-going process during this lawsuit. Throughout the discovery process, defendants have made, and continue to make, a good faith effort to provide plaintiffs with all responsive, relevant information and have agreed to supplement discovery requests on numerous occasions despite the voluminous requests made by plaintiffs. This has required defendants to expend a great deal of money and resources to defend this case. To date, plaintiffs have failed to produce a scintilla of evidence that demonstrates plaintiffs suffered any actual damages. Therefore, in light of the fact that plaintiffs cannot demonstrate any actual damages, a temporary stay is warranted while Defendants' Motion for Summary Judgment is pending before this

Court. A stay is necessary to prevent defendants from being forced to expend even more money on discovery.

Moreover, should the Court fail to grant summary judgment on all seven counts of plaintiffs complaint, a stay will prevent the parties from wasting time and resources on discovery of those claims which are not viable. This litigation has become nothing more than plaintiffs' attempt to drive the WPFL and its teams out of business. A temporary stay of discovery would prevent that by lessening the negative financial impact of this case on the defendants.

For the foregoing reasons, defendants respectfully request that the Court enter an Order temporarily staying discovery pending the Court's decision on Defendants' Motion for Summary Judgment.

Women's Professional Football League, et al.,
By Their Attorneys,

Brian D. Gross, BBO No. 637718
Patrick S. Tracey BBO No. 659626
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

Date: August 17th, 2005

### CERTIFICATE OF SERVICE

I, Patrick S. Tracey, attorney for the Defendants/Counter-Plaintiffs in the above-captioned action, hereby certify that I served a copy of the foregoing upon all counsel of record, hand delivered, on this 17th day of August, 2005.

Patrick S. Tracey

146144.1