UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 04-10735-RWZ

|  |  |
|---|---|
| MELISSA A. KORPACZ, JD and<br>NEW ENGLAND STORM, LLC<br>　Plaintiffs,<br><br>v.<br><br>WOMEN'S PROFESSIONAL FOOTBALL LEAGUE<br>("WPFL"), et al<br>　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENSE COUNSEL NOTICE TO WITHDRAW APPEARANCE

Now comes the Plaintiffs Melissa A. Korpacz ("Korpacz") and New England Storm, LLC ("Storm") (hereinafter collectively "Plaintiffs") and respectfully submit this Opposition to Defense Counsel's Motion to Withdraw as Counsel for Defendants Dayton and Missouri.

Unless and until substitute counsel files a notice of appearance on behalf of Defendants Dayton Rebellion or Missouri Avengers, this Court should not grant Defense Counsel's Motion to Withdraw. Defense counsel has submitted no evidence that they have attempted to contact said Defendants or that Defendants Dayton and Missouri are dissolved entities, failed to respond to counsels' request for information or have been incommunicado.

In the alternative, if this Court should grant Defense Counsel's request, Plaintiffs will be forced to immediately file a Motion for Default against the aforementioned Defendants.

For the foregoing reasons, Defendants' Motion to Withdraw as Counsel should be denied.

Dated:  August 22, 2005

Respectfully submitted,
Plaintiff Melissa Korpacz

*/s/ Melissa A. Korpacz*

Melissa A. Korpacz. - Pro Se
P.O. Box 808 Medford, MA  02155
781-866-9700 (phone)

Plaintiff New England Storm, LLC
By its Attorneys,

*/s/*

Thomas C. O'Konski BBO# 377475
Kevin Gannon BBO# 640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA  02210
617-951-2500 (phone)/617-951-3927 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by facsimile and first class mail on August 22, 2005:

Brian D. Gross
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA  02110

Carlton D. Wilde, Jr.
FRANKLIN, CALDWELL & JONES, PC
1001 McKinney, 18th Floor
Houston, TX 77002

*/s/ Melissa A. Korpacz*