JON S. BAROOSHIAN
BARBARA H. CHUANG
EARLE C. COOLEY
DONNA R. CORCORAN
CHRISTOPHER J. CUNIO
ROBERT A. DELELLO
JENNIFER B. FUREY
MAITE A. GARCIA
MARTIN F. GAYNOR III
BRIAN D. GROSS*
JOHN T. HUGO
TRACY A. R. JOLLY
PATRICK T. JONES*°
TIMOTHY C. KELLEHER III
HARRY L. MANION III
JOHN B. MANNING*
KENNETH J. MARTIN
KERRI L. MCCOMISKEY
JAIMIE A. MCKEAN
KEITH M. MCLEAN
CHRISTOPHER M. SHEEHAN
LISA M. SNYDER
JESSICA A. STACY⁻
NICHOLAS D. STELLAKIS
JONATHAN F. TABASKY*†
PATRICK S. TRACEY♦

# COOLEY MANION JONES LLP

COUNSELLORS AT LAW

21 CUSTOM HOUSE STREET

BOSTON, MASSACHUSETTS 02110-3536

(617) 737-3100

FACSIMILE (617) 737-3113

www.cmjlaw.com

PAUL F. BECKWITH
LEONARD T. EVERS
KEVIN M. GLYNN
ARTHUR GRIMALDO II⁻
FRANK A. MARINELLI*
PETER J. SCHNEIDER*°
MELODY M. WILKINSON⁻
OF COUNSEL

RHODE ISLAND OFFICE
ONE CENTER PLACE
PROVIDENCE, RHODE ISLAND 02903
(401) 273-0800

TEXAS OFFICE
100 EAST FIFTEENTH STREET, SUITE 320
FORT WORTH, TEXAS 76102
(817) 870-1996

⁻ADMITTED IN TEXAS ONLY
*ALSO ADMITTED IN RHODE ISLAND
†ALSO ADMITTED IN CONNECTICUT
°ALSO ADMITTED IN NEW HAMPSHIRE
♦ALSO ADMITTED IN ARIZONA

August 19, 2005

**VIA U.S. MAIL**

Ms. Lisa Urso
Clerk to Judge Zobel
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

   Re: Melissa A. Korpacz and New England Storm, LLC v.
     Women's Professional Football League, et al.
     Civil Action No. 04-10735-RWZ

Dear Ms. Urso:

  On August 17, 2005 the defendants in the above referenced action misfiled Defendants' Motion to Stay Discovery without first conferring with the plaintiff in compliance with Local Rule 7.1. As of August 19, 2005, the defendants conferred with plaintiff and could not reach a resolution regarding the motion. Defendants request that the Motion to Stay Discovery should be submitted as of August 19, 2005, after complying with Local Rule 7.1, which allows plaintiff the opportunity to file an opposition in a timely manner. Therefore, could you please accept Defendants Motion to Stay Discovery as of August 19, 2005.

  Should you have any questions or comments, please feel free to contact me at the above referenced number. Thank you for your time and attention to this matter.

                Very truly yours,

                Patrick S. Tracey

cc: Melissa Korpacz
   Thomas O'Konski, Esq.
   Kevin Gannon, Esq.