

*Women's Professional Football League*

*From the Desk of –*
*Melissa A. Korpacz*

August 29, 2005

**<u>DELIVERED BY HAND</u>**

*Civil Clerks Office*
U.S. District Court
One Courthouse Way
Boston, MA 02210

RE:   ***NEW ENGLAND STORM, LLC, et al. v.***
      ***WOMEN'S PROFESSIONAL FOOTBALL LEAGUE ("WPFL"), et al.***

Dear Sir or Madam:

Enclosed for filing in the above referenced action are the following:

1. Declaration of Dee A. Kennamer in Support of Plaintiff Korpacz' Request For Reconsideration of Her motion For Temporary Restraining Order.

Please note that Plaintiff Korpacz inadvertently referred to the attached Declaration of Fellow WPFL Founding Member Dee A. Kennamer during Plaintiffs Summary Judgment oral argument. During the hearing on August 16, 2005, Plaintiff Korpacz indicated that Ms. Kennamers Declaration was attached to Plaintiffs Amended Complaint. However, after review of this case file, Plaintiffs discovered that Dee A. Kennamer's Declaration was originally to be filed with Plaintiffs Korpacz' Motion For Reconsideration of Her Motion For Temporary Restraining Order, which Plaintiff Korpacz later decided not to file. As such, Plaintiffs are now submitting Ms. Kennamer's Declaration in support of Plaintiffs allegations for the Courts review.

Thank you for your attention to this matter.

Sincerely,
Melissa Korpacz

_____
Melissa A. Korpacz. - Pro Se
P.O. Box 808 Medford, MA 02155
781-866-9700 (phone)

P.O. Box 808 Medford, MA 02155
email: Info@NewEnglandStorm.com
**www.NewEnglandStorm.com**

