UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**MELISSA A. KORPACZ ET AL**</u>
        **Plaintiff**

V.

<u>**WOMEN'S PROFESSIONAL FOOTBALL LEAGUE**</u>
        **Defendant**

CIVIL ACTION

NO. <u>04CV10735-RWZ</u>

<u>**JUDGMENT**</u>

<u>ZOBEL, D. J.</u>

In accordance with the MEMORANDUM OF DECISION entered 1/27/06;

JUDGMENT is entered for DEFENDANTS.

By the Court,

<u>  1/30/06  </u>                                <u>s/ Lisa A. Urso</u>
Date                                          Deputy Clerk