UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2006 MAR -1  A 8:45

NEW ENGLAND STORM, LLC., )
MELISSA A. KORPACZ, JD )
    Plaintiffs, )
  ) CIVIL ACTION NO: 04-10735-RWZ
v. )
  )
WOMEN'S PROFESSIONAL )
FOOTBALL LEAGUE ("WPFL") et al )
  )

FILING FEE PAID: 70680
RECEIPT # 70680
AMOUNT $ 255.00
BY DPTY CLK Fom
DATE 3/1/06

### NOTICE OF APPEAL

Notice is hereby given that New England Storm, LLC and Melissa A. Korpacz, Plaintiffs in the above named case, hereby appeals to the **United States Court of Appeals for the First Circuit** from the Final Judgment entered in this action on January 30, 2006; and from each and every part of the Memorandum of Decision and Order dated January 27, 2006 and entered on January 30, 2006 granting Defendants' Motion for Summary Judgment; and from any and all other orders, findings and/or conclusions entered in this action and adversely affecting all Plaintiffs.

Respectfully submitted,
Plaintiff Melissa A. Korpacz, JD

Dated: February 28, 2006

_____
Melissa A. Korpacz. - Pro Se
P.O. Box 808 Medford, MA  02155
781-866-9700 (phone)
617-951-3927 (fax)

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by facsimile and first class mail on February 29, 2006:

Brian D. Gross
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110

*[signature]*