APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10735-RWZ

New England Storm,LLC et al v. Womens Pofessional Football League et al
Assigned to: Judge Rya W. Zobel
Demand: $1,000
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 04/12/2004
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**New England Storm,LLC**       represented by  **Kevin Gannon**
Cesari & McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
617-951-2500
Fax: 617-951-3927
Email: ktg@c-m.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas C. O'Konski**
Cesari & McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
617-951-2500
Fax: 617-951-3927
Email: TOK@c-m.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JD Melissa A. Korpacz**       represented by  **Melissa A. Korpacz**
P.O.Box 808
Medford, MA 02155
781-866-9700
*PRO SE*

V.

**Defendant**

**Womens Pofessional Football League**                          represented by **Brian D. Gross**
Cooley, Manion & Jones, PC
21 Custom House Street
Boston, MA 02110
617-737-3100
Fax: 781-279-1388
Email: bgross@cmj-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carlton D. Wilde, Jr.**
Franklin, Cardwell & Jones, P.C.,
1001 McKinney Street
18th Floor
Houston, TX 77022
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kerri L. McComiskey**
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
617-737-3100
Fax: 781-279-1388
Email: kmccomiskey@cmj-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
Cooley, Manion, & Jones, LLP
21 Custom House Street
Boston, MA 02110
617-737-3100
Email: ptracey@cmj-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WPFL Board of Directors**                          represented by **Brian D. Gross**
(See above for address)
*TERMINATED: 05/12/2004*

                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

                   **Carlton D. Wilde, Jr.**
                   (See above for address)
                   *TERMINATED: 05/12/2004*
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

                   **Patrick S. Tracey**
                   (See above for address)
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa I Vessey**           represented by   **Brian D. Gross**
*as WPFL Commisiioner*              (See above for address)
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

                   **Carlton D. Wilde, Jr.**
                   (See above for address)
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

                   **Patrick S. Tracey**
                   (See above for address)
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Beth Markell**          represented by   **Brian D. Gross**
*as WPFL Executive Director*            (See above for address)
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

                   **Carlton D. Wilde, Jr.**
                   (See above for address)
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

                   **Patrick S. Tracey**
                   (See above for address)

                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Charlene Daniels**  represented by  **Brian D. Gross**
*as WPFL Secretary*  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Carlton D. Wilde, Jr.**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Patrick S. Tracey**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Defendant**

**Jennifer Cada**  represented by  **Brian D. Gross**
*as Associate Executive Director*  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Carlton D. Wilde, Jr.**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Patrick S. Tracey**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Defendant**

**Robin Howington**  represented by  **Brian D. Gross**
*as Current WPFL Treasurer and*  (See above for address)
*Former Executive Director*  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Carlton D. Wilde, Jr.**
  (See above for address)

                                                               *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                             **Patrick S. Tracey**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Dawn Berndt**                   represented by  **Brian D. Gross**
*as WPFL Director of Team*                          (See above for address)
*Expansion*                                              *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Carlton D. Wilde, Jr.**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Patrick S. Tracey**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Shelly Squires**                  represented by  **Brian D. Gross**
*as WPFL Employee or Volunteer*                    (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Carlton D. Wilde, Jr.**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Patrick S. Tracey**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Jody Taylor**                     represented by  **Brian D. Gross**
*as WPFL Employee Media*                           (See above for address)

|  |  |
|---|---|
| *Dirctor* | LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
|  | **Carlton D. Wilde, Jr.**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
|  | **Patrick S. Tracey**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

**Defendant**

**Dee Kennamer**
*as Former WPFL Director of Football Ops and Former WPFL Treasurer*

represented by **Brian D. Gross**
(See above for address)
*TERMINATED: 05/12/2004*
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Carlton D. Wilde, Jr.**
(See above for address)
*TERMINATED: 05/12/2004*
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**

**Donna Roebuck**
*as Former WPFL Associate Executive Director*

represented by **Carlton D. Wilde, Jr.**
(See above for address)
*TERMINATED: 05/12/2004*
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Brian D. Gross**
(See above for address)
*TERMINATED: 05/12/2004*
ATTORNEY TO BE NOTICED

**Defendant**

**Long Beach Aftershock**
*Womens Professional Football Team*

represented by **Brian D. Gross**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

                              **Carlton D. Wilde, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Esther Pichardo**     represented by   **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carlton D. Wilde, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Debbie Gentz**     represented by   **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carlton D. Wilde, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                          **Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Toledo Reign**   represented by   **Brian D. Gross**
*Womens Professional Football*   (See above for address)
*Team*   *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                          **Carlton D. Wilde, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                          **Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                          **Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Beth Razoog**   represented by   **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                          **Carlton D. Wilde, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                          **Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Delaware Griffins**
*Womens Professional Football Team*

represented by **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carlton D. Wilde, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alena Malatesta**

represented by **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carlton D. Wilde, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dayton Rebellion**
*Womens Professional Football Team*

represented by **Brian D. Gross**
(See above for address)
*TERMINATED: 08/15/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                            **Carlton D. Wilde, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                            **Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                            **Patrick S. Tracey**
(See above for address)
*TERMINATED: 08/15/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sarah McClain**     represented by     **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                            **Carlton D. Wilde, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                            **Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Syracuse Sting**     represented by     **Brian D. Gross**
*Womens Professional Football*                        (See above for address)
*Team*                                                             *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                            **Carlton D. Wilde, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                  **Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                  **Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cabrina Gilbert**   represented by   **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                  **Carlton D. Wilde, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                  **Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Houston Energy Football, Inc.**   represented by   **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                  **Carlton D. Wilde, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                  **Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                  **Patrick S. Tracey**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arizona Caliente**　　　　　represented by **Brian D. Gross**
*Womens Professional Football*　　　　　(See above for address)
*Team*　　　　　*LEAD ATTORNEY*
　　　　　*ATTORNEY TO BE NOTICED*

　　　　　**Carlton D. Wilde, Jr.**
　　　　　(See above for address)
　　　　　*LEAD ATTORNEY*
　　　　　*ATTORNEY TO BE NOTICED*

　　　　　**Kerri L. McComiskey**
　　　　　(See above for address)
　　　　　*LEAD ATTORNEY*
　　　　　*ATTORNEY TO BE NOTICED*

　　　　　**Patrick S. Tracey**
　　　　　(See above for address)
　　　　　*LEAD ATTORNEY*
　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Indiana Speed**　　　　　represented by **Brian D. Gross**
*Womens Professional Football*　　　　　(See above for address)
*Team*　　　　　*LEAD ATTORNEY*
　　　　　*ATTORNEY TO BE NOTICED*

　　　　　**Carlton D. Wilde, Jr.**
　　　　　(See above for address)
　　　　　*LEAD ATTORNEY*
　　　　　*ATTORNEY TO BE NOTICED*

　　　　　**Kerri L. McComiskey**
　　　　　(See above for address)
　　　　　*LEAD ATTORNEY*
　　　　　*ATTORNEY TO BE NOTICED*

　　　　　**Patrick S. Tracey**
　　　　　(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Missouri Avengers** represented by **Brian D. Gross**
*Womens Professional Football* (See above for address)
*Team* *TERMINATED: 08/15/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carlton D. Wilde, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*TERMINATED: 08/15/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Minnesota Vixen** represented by **Brian D. Gross**
*Womens Professional Football* (See above for address)
*Team* *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carlton D. Wilde, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dallas Diamonds**
*Womens Professional Football Team*

represented by **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carlton D. Wilde, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**New York Dazzles**

represented by **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carlton D. Wilde, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)