*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Los Angeles Amazons**
*Womens Professional Football Team*

represented by **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carlton D. Wilde, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christine Sugget**

represented by **Brian D. Gross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carlton D. Wilde, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ann Bagala**

represented by **Brian D. Gross**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carlton D. Wilde, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Natalie Gorman**                     represented by **Brian D. Gross**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Carlton D. Wilde, Jr.**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Patrick S. Tracey**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**So.Cal Scorpions**                   represented by **Brian D. Gross**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Carlton D. Wilde, Jr.**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Kerri L. McComiskey**
                                        (See above for address)
                                        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Austin Rage**                                  represented by   **Brian D. Gross**
*Womens Professional Football*                                    (See above for address)
*Team*                                                            *TERMINATED: 05/12/2004*
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Carlton D. Wilde, Jr.**
                                                                  (See above for address)
                                                                  *TERMINATED: 05/12/2004*
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Arizona Knighthawks**                          represented by   **Brian D. Gross**
*Womens Professional Football*                                    (See above for address)
*Team*                                                            *TERMINATED: 05/12/2004*
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Carlton D. Wilde, Jr.**
                                                                  (See above for address)
                                                                  *TERMINATED: 05/12/2004*
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Patrick S. Tracey**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Northern Ice**                                 represented by   **Brian D. Gross**
*Womens Professional Football*                                    (See above for address)
*Team*                                                            *TERMINATED: 05/12/2004*
                                                                  *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Carlton D. Wilde, Jr.**
(See above for address)
*TERMINATED: 05/12/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Mediator

**Marianne B. Bowler**

## Counter Claimant

**Arizona Caliente**
*Womens Professional Football*
*Team*

represented by **Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**Dallas Diamonds**
*Womens Professional Football*
*Team*

represented by **Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**Delaware Griffins**
*Womens Professional Football*
*Team*

represented by **Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Houston Energy Football, Inc.**          represented by **Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Indiana Speed**
*Womens Professional Football*
*Team*

represented by **Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Long Beach Aftershock**
*Womens Professional Football*
*Team*

represented by **Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Los Angeles Amazons**
*Womens Professional Football*
*Team*

represented by **Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**Minnesota Vixen**
*Womens Professional Football
Team*

represented by **Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**Missouri Avengers**
*Womens Professional Football
Team*

represented by **Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*TERMINATED: 08/16/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**New York Dazzles**

represented by **Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**So.Cal Scorpions**

represented by **Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

### Counter Claimant

**Syracuse Sting**
*Womens Professional Football Team*

represented by **Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Counter Claimant

**The Toledo Reign**
*Womens Professional Football Team*

represented by **Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Counter Claimant

**Womens Pofessional Football League**

represented by **Kerri L. McComiskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick S. Tracey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Counter Defendant

**JD Melissa A. Korpacz**

represented by **Melissa A. Korpacz**
(See above for address)
PRO SE

### Counter Defendant

## New England Storm,LLC

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2004 | 1 | COMPLAINT Filing fee: (Volumes 1-4) $ 150, receipt number 55148, filed by Melissa A. Korpacz, New England Storm,LLC.(Johnson, Jay) (Entered: 04/15/2004) |
| 04/12/2004 | 2 | MOTION for Preliminary Injunction w/attachments by Melissa A. Korpacz, New England Storm,LLC.(Johnson, Jay) (Entered: 04/15/2004) |
| 04/12/2004 | 3 | APPENDIX/EXHIBIT (Volume 1) re 2 MOTION for Preliminary Injunction by Melissa A. Korpacz, New England Storm,LLC. (Johnson, Jay) (Entered: 04/15/2004) |
| 04/12/2004 | 4 | APPENDIX/EXHIBIT (Volume 2) re 2 MOTION for Preliminary Injunction by Melissa A. Korpacz, New England Storm,LLC. (Johnson, Jay) (Entered: 04/15/2004) |
| 04/12/2004 | 5 | APPENDIX/EXHIBIT (Volume 3) re 2 MOTION for Preliminary Injunction by Melissa A. Korpacz, New England Storm,LLC. (Johnson, Jay) (Entered: 04/15/2004) |
| 04/12/2004 | 6 | APPENDIX/EXHIBIT (Volume 4) re 2 MOTION for Preliminary Injunction by Melissa A. Korpacz, New England Storm,LLC. (Johnson, Jay) (Entered: 04/15/2004) |
| 04/12/2004 | 7 | APPENDIX/EXHIBIT (Revised Constitution and By Laws) re 2 MOTION for Preliminary Injunction by Melissa A. Korpacz, New England Storm,LLC. (Johnson, Jay) (Entered: 04/15/2004) |
| 04/12/2004 | 8 | APPENDIX/EXHIBIT (WPFL Franchise Handbook) re 2 MOTION for Preliminary Injunction by Melissa A. Korpacz, New England Storm,LLC. (Johnson, Jay) (Entered: 04/15/2004) |
| 04/12/2004 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Johnson, Jay) (Entered: 04/15/2004) |
| 05/10/2004 | 9 | MOTION to Dismiss by Arizona Caliente, Arizona Knighthawks, Austin Rage, Ann Bagala, Dawn Berndt, Jennifer Cada, Dallas Diamonds, Charlene Daniels, Dayton |

| | | |
|---|---|---|
| | | Rebellion, Delaware Griffins, Debbie Gentz, Cabrina Gilbert, Natalie Gorman, Houston Energy Football, Inc., Robin Howington, Indiana Speed, Dee Kennamer, Long Beach Aftershock, Los Angeles Amazons, Alena Malatesta, Beth Markell, Sarah McClain, Minnesota Vixen, Missouri Avengers, New York Dazzles, Northern Ice, Esther Pichardo, Beth Razoog, Donna Roebuck, So.Cal Scorpions, Shelly Squires, Christine Sugget, Syracuse Sting, Jody Taylor, The Toledo Reign, Lisa I Vessey, WPFL Board of Directors, Womens Pofessional Football League.(Flaherty, Elaine) (Entered: 05/12/2004) |
| 05/10/2004 | ●10 | NOTICE of Appearance by Brian D. Gross on behalf of all defendants (Flaherty, Elaine) (Entered: 05/12/2004) |
| 05/10/2004 | ●11 | MOTION for Leave to Appear Pro Hac Vice by Carolton Wilde Filing fee $ 50., receipt number 55780. by Arizona Caliente, Arizona Knighthawks, Austin Rage, Ann Bagala, Dawn Berndt, Jennifer Cada, Dallas Diamonds, Charlene Daniels, Dayton Rebellion, Delaware Griffins, Debbie Gentz, Cabrina Gilbert, Natalie Gorman, Houston Energy Football, Inc., Robin Howington, Indiana Speed, Dee Kennamer, Long Beach Aftershock, Los Angeles Amazons, Alena Malatesta, Beth Markell, Sarah McClain, Minnesota Vixen, Missouri Avengers, New York Dazzles, Northern Ice, Esther Pichardo, Beth Razoog, Donna Roebuck, So.Cal Scorpions, Shelly Squires, Christine Sugget, Syracuse Sting, Jody Taylor, The Toledo Reign, Lisa I Vessey, WPFL Board of Directors, Womens Pofessional Football League.(Flaherty, Elaine) (Entered: 05/12/2004) |
| 05/10/2004 | ●12 | EXHIBITS re 9 MOTION to Dismiss by Womens Pofessional Football League et al. (Johnson, Jay) (Entered: 05/13/2004) |
| 05/12/2004 | ● | Judge Rya W. Zobel : Electronic ORDER entered granting 11 Motion for Leave to Appear Pro Hac Vice Added Carlton D. Wilde for Austin Rage; Ann Bagala; Dawn Berndt; Jennifer Cada; Dallas Diamonds; Charlene Daniels; Dayton Rebellion; Delaware Griffins; Debbie Gentz; Cabrina Gilbert; Natalie Gorman; Houston Energy Football, Inc.; Robin Howington; Indiana Speed; Dee Kennamer; Long Beach Aftershock; Los Angeles Amazons; Alena Malatesta; Beth Markell; Sarah McClain; Minnesota Vixen; Missouri Avengers; New York Dazzles; Northern Ice; Esther Pichardo; Beth Razoog; Donna Roebuck; So.Cal Scorpions; Shelly Squires; Christine Sugget; |

| | | |
|---|---|---|
| | | Syracuse Sting; Jody Taylor; The Toledo Reign; Lisa I Vessey; WPFL Board of Directors; Womens Pofessional Football League; Arizona Caliente and Arizona Knighthawks (Flaherty, Elaine) (Entered: 05/12/2004) |
| 05/12/2004 | ❑ | *** Attorney Brian D. Gross and Carlton D. Wilde terminated as to certain defendants. (Urso, Lisa) (Entered: 05/12/2004) |
| 05/13/2004 | ❑13 | Plaintiffs Signature Page to Verified Complaint (Johnson, Jay) (Entered: 05/17/2004) |
| 05/13/2004 | ❑14 | EMERGENCY MOTION for Temporary Restraining Order by Melissa A. Korpacz.(Johnson, Jay) (Entered: 05/19/2004) |
| 05/13/2004 | ❑15 | MEMORANDUM in Support re 14 MOTION for Temporary Restraining Order filed by Melissa A. Korpacz. (Attachments: # 1)(Johnson, Jay) (Entered: 05/19/2004) |
| 05/13/2004 | ❑16 | DECLARATION re 14 MOTION for Temporary Restraining Order by Melissa A. Korpacz. (Johnson, Jay) (Entered: 05/19/2004) |
| 05/14/2004 | ❑ | electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Motion Hearing held on 5/14/2004 re 2 MOTION for Preliminary Injunction filed by New England Storm,LLC, Melissa A. Korpacz. Judge hears parties and denies the motion. (Urso, Lisa) (Entered: 05/18/2004) |
| 05/14/2004 | ❑ | Judge Rya W. Zobel : electronic ORDER entered denying 2 Motion for Preliminary Injunction at the hearing on 5/14/04 (Urso, Lisa) (Entered: 05/18/2004) |
| 05/14/2004 | ❑ | Judge Rya W. Zobel : Electronic ORDER entered denying 14 Motion for TRO (as a result of conference held on 5/14/04) (Johnson, Jay) (Entered: 05/19/2004) |
| 05/24/2004 | ❑17 | RESPONSE to DEFENDANTS MOTION to DISMISS and MOTION for Leave to Amend 1 Complaint by New England Storm,LLC.(Johnson, Jay) (Entered: 05/25/2004) |
| 05/24/2004 | ❑18 | RENEWED EMERGENCY MOTION for Temporary Restraining Order by Melissa A. Korpacz, New England Storm,LLC.(Johnson, Jay) (Entered: 05/25/2004) |
| 05/24/2004 | ❑19 | MEMORANDUM in Support re 18 MOTION for Temporary Restraining Order filed by Melissa A. Korpacz, New England Storm,LLC. (Johnson, Jay) (Entered: 05/25/2004) |
| | | |

| 05/24/2004 | 20 | DECLARATION re 18 MOTION for Temporary Restraining Order by Melissa A. Korpacz. (Johnson, Jay) (Entered: 05/25/2004) |
| 05/25/2004 | 21 | Judge Rya W. Zobel : ORDER entered. (Urso, Lisa) (Entered: 05/26/2004) |
| 05/26/2004 | 22 | SECOND SUPPLEMENTAL DECLARATION re 18 MOTION for Temporary Restraining Order by Melissa A. Korpacz. (Johnson, Jay) (Entered: 05/27/2004) |
| 05/26/2004 | 23 | CORPORATE DISCLOSURE STATEMENT by Los Angeles Amazons. (Johnson, Jay) (Entered: 05/27/2004) |
| 05/26/2004 | 24 | CORPORATE DISCLOSURE STATEMENT by Indiana Speed. (Johnson, Jay) (Entered: 05/27/2004) |
| 05/26/2004 | 25 | CORPORATE DISCLOSURE STATEMENT by Arizona Caliente. (Johnson, Jay) (Entered: 05/27/2004) |
| 05/26/2004 | 26 | CORPORATE DISCLOSURE STATEMENT by So.Cal Scorpions. (Johnson, Jay) (Entered: 05/27/2004) |
| 05/26/2004 | 27 | CORPORATE DISCLOSURE STATEMENT by Dallas Diamonds. (Johnson, Jay) (Entered: 05/27/2004) |
| 05/26/2004 | 28 | CORPORATE DISCLOSURE STATEMENT by Houston Energy Football, Inc.. (Johnson, Jay) (Entered: 05/27/2004) |
| 05/26/2004 | 29 | CORPORATE DISCLOSURE STATEMENT by Minnesota Vixen. (Johnson, Jay) (Entered: 05/27/2004) |
| 05/26/2004 | 30 | CORPORATE DISCLOSURE STATEMENT by New York Dazzles. (Johnson, Jay) (Entered: 05/27/2004) |
| 05/26/2004 | 31 | CORPORATE DISCLOSURE STATEMENT by Delaware Griffins. (Johnson, Jay) (Entered: 05/27/2004) |
| 05/26/2004 | 32 | CORPORATE DISCLOSURE STATEMENT by Syracuse Sting. (Johnson, Jay) (Entered: 05/27/2004) |
| 05/26/2004 | 33 | CORPORATE DISCLOSURE STATEMENT by Long Beach Aftershock. (Johnson, Jay) (Entered: 05/27/2004) |
| 05/27/2004 | 34 | Opposition re 18 MOTION for Temporary Restraining Order filed by Arizona Caliente, Arizona Knighthawks, Austin Rage, Ann Bagala, Dawn Berndt, Jennifer Cada, Dallas Diamonds, Charlene Daniels, Dayton Rebellion, Delaware Griffins, Debbie Gentz, Cabrina Gilbert, Natalie Gorman, Houston |

| | | |
|---|---|---|
| | | Energy Football, Inc., Robin Howington, Indiana Speed, Dee Kennamer, Long Beach Aftershock, Los Angeles Amazons, Alena Malatesta, Beth Markell, Sarah McClain, Minnesota Vixen, Missouri Avengers, New York Dazzles, Northern Ice, Esther Pichardo, Beth Razoog, Donna Roebuck, So.Cal Scorpions, Shelly Squires, Christine Sugget, Syracuse Sting, Jody Taylor, The Toledo Reign, Lisa I Vessey, WPFL Board of Directors, Womens Pofessional Football League. (Johnson, Jay) (Entered: 06/01/2004) |
| 05/27/2004 | ❂35 | MEMORANDUM in Support re 18 MOTION for Temporary Restraining Order filed by Arizona Caliente, Arizona Knighthawks, Austin Rage, Ann Bagala, Dawn Berndt, Jennifer Cada, Dallas Diamonds, Charlene Daniels, Dayton Rebellion, Delaware Griffins, Debbie Gentz, Cabrina Gilbert, Natalie Gorman, Houston Energy Football, Inc., Robin Howington, Indiana Speed, Dee Kennamer, Long Beach Aftershock, Los Angeles Amazons, Alena Malatesta, Beth Markell, Sarah McClain, Minnesota Vixen, Missouri Avengers, New York Dazzles, Northern Ice, Esther Pichardo, Beth Razoog, Donna Roebuck, So.Cal Scorpions, Shelly Squires, Christine Sugget, Syracuse Sting, Jody Taylor, The Toledo Reign, Lisa I Vessey, WPFL Board of Directors, Womens Pofessional Football League. (Johnson, Jay) (Entered: 06/01/2004) |
| 05/27/2004 | ❂36 | AMENDED COMPLAINT against all defendants, filed by Melissa A. Korpacz, New England Storm,LLC. (Attachments: # 1)(Johnson, Jay) (Entered: 06/01/2004) |
| 05/27/2004 | ❂ | Motions terminated: 17 MOTION to Amend 1 Complaint filed by New England Storm,LLC, (Urso, Lisa) (Entered: 02/25/2005) |
| 05/28/2004 | ❂ | Judge Rya W. Zobel : endorsed ORDER entered denying 18 Motion for TRO. After consideration of the parties' sumissions, including affidavits, defendant's by-laws, charging documents, responses and minutes of the proceedings. I am not persuaded that plaintiff's are likely to succeed on the merits, nor is it clear that they will suffer irreperable harm. The motion is denied. (Urso, Lisa) (Entered: 06/01/2004) |
| 06/16/2004 | ❂37 | MOTION to Transfer Case/Venue by Arizona Caliente, Arizona Knighthawks, Austin Rage, Ann Bagala, Dawn Berndt, Jennifer Cada, Dallas Diamonds, Charlene Daniels, |

| | | |
|---|---|---|
| | | Dayton Rebellion, Delaware Griffins, Debbie Gentz, Cabrina Gilbert, Natalie Gorman, Houston Energy Football, Inc., Robin Howington, Indiana Speed, Dee Kennamer, Long Beach Aftershock, Los Angeles Amazons, Alena Malatesta, Beth Markell, Sarah McClain, Minnesota Vixen, Missouri Avengers, New York Dazzles, Northern Ice, Esther Pichardo, Beth Razoog, Donna Roebuck, So.Cal Scorpions, Shelly Squires, Christine Sugget, Syracuse Sting, Jody Taylor, The Toledo Reign, Lisa I Vessey, WPFL Board of Directors, Womens Pofessional Football League.(Johnson, Jay) (Entered: 06/17/2004) |
| 06/28/2004 | 38 | MOTION for Default Judgment as to (All Defendants) by Melissa A. Korpacz.(Johnson, Jay) (Entered: 06/29/2004) |
| 06/30/2004 | 39 | MEMORANDUM in Opposition re 37 MOTION to Transfer Case filed by Melissa A. Korpacz, New England Storm,LLC. (Johnson, Jay) (Entered: 07/01/2004) |
| 06/30/2004 | 40 | DECLARATION re 39 Memorandum in Opposition to Motion by Melissa A. Korpacz. (Johnson, Jay) (Entered: 07/01/2004) |
| 07/02/2004 | ● | Judge Rya W. Zobel : endorsed ORDER entered denying 37 Motion to Transfer Case (Urso, Lisa) (Entered: 07/02/2004) |
| 07/12/2004 | 42 | RESPONSE to Motion re 38 MOTION for Default Judgment as to (All Defendants) filed by Arizona Caliente, Arizona Knighthawks, Austin Rage, Ann Bagala, Dawn Berndt, Jennifer Cada, Dallas Diamonds, Charlene Daniels, Dayton Rebellion, Delaware Griffins, Debbie Gentz, Cabrina Gilbert, Natalie Gorman, Houston Energy Football, Inc., Robin Howington, Indiana Speed, Dee Kennamer, Long Beach Aftershock, Los Angeles Amazons, Alena Malatesta, Beth Markell, Sarah McClain, Minnesota Vixen, Missouri Avengers, New York Dazzles, Northern Ice, Esther Pichardo, Beth Razoog, Donna Roebuck, So.Cal Scorpions, Shelly Squires, Christine Sugget, Syracuse Sting, Jody Taylor, The Toledo Reign, Lisa I Vessey, WPFL Board of Directors, Womens Pofessional Football League. (Johnson, Jay) (Entered: 07/14/2004) |
| 07/14/2004 | 41 | MOTION to Dismiss by Arizona Caliente, Arizona Knighthawks, Austin Rage, Ann Bagala, Dawn Berndt, Jennifer Cada, Dallas Diamonds, Charlene Daniels, Dayton Rebellion, Delaware Griffins, Debbie Gentz, Cabrina Gilbert, |

| | | Natalie Gorman, Houston Energy Football, Inc., Robin Howington, Indiana Speed, Dee Kennamer, Long Beach Aftershock, Los Angeles Amazons, Alena Malatesta, Beth Markell, Sarah McClain, Minnesota Vixen, Missouri Avengers, New York Dazzles, Northern Ice, Esther Pichardo, Beth Razoog, Donna Roebuck, So.Cal Scorpions, Shelly Squires, Christine Sugget, Syracuse Sting, Jody Taylor, The Toledo Reign, Lisa I Vessey, WPFL Board of Directors, Womens Pofessional Football League.(Johnson, Jay) (Entered: 07/14/2004) |
|---|---|---|
| 07/19/2004 | ❍ | Judge Rya W. Zobel : endorsed ORDER entered denying 38 Motion for Default Judgment. A responsive pleading was filed. (Urso, Lisa) (Entered: 07/19/2004) |
| 07/26/2004 | 43 | MEMORANDUM in Opposition re 41 MOTION to Dismiss filed by Melissa A. Korpacz, New England Storm,LLC. (Urso, Lisa) (Entered: 07/28/2004) |
| 08/13/2004 | ❍ | Judge Rya W. Zobel : endorsed ORDER entered denying 41 Motion to Dismiss. While not a model of clarity and concinnity, it is sufficient to enable defendants to answer. (Urso, Lisa) (Entered: 08/16/2004) |
| 08/27/2004 | 44 | ANSWER to Amended Complaint, COUNTERCLAIM against Melissa A. Korpacz, New England Storm,LLC by Arizona Caliente, Dallas Diamonds, Delaware Griffins, Houston Energy Football, Inc., Indiana Speed, Long Beach Aftershock, Los Angeles Amazons, Minnesota Vixen, Missouri Avengers, New York Dazzles, So.Cal Scorpions, Syracuse Sting, The Toledo Reign, Womens Pofessional Football League.(Johnson, Jay) (Entered: 08/31/2004) |
| 09/02/2004 | 46 | INITIAL DISCLOSURE STATEMENT by Womens Pofessional Football League et al. (Johnson, Jay) (Entered: 09/07/2004) |
| 09/02/2004 | 47 | MOTION for Pre-Judgment Attachment by Melissa A. Korpacz, New England Storm,LLC.(Johnson, Jay) (Entered: 09/07/2004) |
| 09/02/2004 | 48 | MEMORANDUM in Support re 47 MOTION for Pre-Judgment Attachment filed by Melissa A. Korpacz, New England Storm,LLC. (Johnson, Jay) (Entered: 09/07/2004) |
| 09/03/2004 | 45 | NOTICE of Scheduling Conference Scheduling Conference set |

| | | |
|---|---|---|
| | | for 10/13/2004 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 09/03/2004) |
| 09/15/2004 | 49 | ANSWER to Counterclaim by Melissa A. Korpacz, New England Storm,LLC.(Johnson, Jay) (Entered: 09/16/2004) |
| 09/17/2004 | 50 | MOTION for Protective Order by Womens Pofessional Football League et al.(Johnson, Jay) (Entered: 09/20/2004) |
| 09/17/2004 | 51 | AFFIDAVIT of Brian D. Gross re 50 MOTION for Protective Order. (Johnson, Jay) (Entered: 09/20/2004) |
| 09/20/2004 | 52 | Opposition re 47 MOTION for Pre-Judgment Attachment filed by Womens Pofessional Football League et al. (Attachments: # 1 Exhibit A)(Johnson, Jay) (Entered: 09/21/2004) |
| 10/04/2004 | 53 | JOINT STATEMENT re scheduling conference. (Johnson, Jay) (Entered: 10/06/2004) |
| 10/05/2004 | 54 | CERTIFICATION pursuant to Local Rule 16.1 by Womens Pofessional Football League et al.(Johnson, Jay) (Entered: 10/06/2004) |
| 10/07/2004 | 55 | ANSWER to Amended Complaint by Dayton Rebellion. (Attachments: # 1)(Johnson, Jay) (Entered: 10/11/2004) |
| 10/07/2004 | 56 | Withdrawal of motion: 47 MOTION for Pre-Judgment Attachment filed by New England Storm,LLC, Melissa A. Korpacz.. (Johnson, Jay) (Entered: 10/13/2004) |
| 10/13/2004 | ● | electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Scheduling Conference held on 10/13/2004. Discovery due by 12/31/2004. Further Scheduling Conference set for 1/11/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. 20 depositions; 50 interrogatories; (Urso, Lisa) (Entered: 10/14/2004) |
| 10/21/2004 | 57 | NOTICE of Appearance by Kerri L. McComiskey on behalf of Arizona Caliente, Dallas Diamonds, Dayton Rebellion, Delaware Griffins, Houston Energy Football, Inc., Indiana Speed, Long Beach Aftershock, Los Angeles Amazons, Minnesota Vixen, Missouri Avengers, New York Dazzles, So.Cal Scorpions, Syracuse Sting, The Toledo Reign, Womens Pofessional Football League (Johnson, Jay) (Entered: 10/22/2004) |
| 12/14/2004 | 58 | Proposed Document(s) submitted by Arizona Caliente, Arizona Knighthawks, Austin Rage, Ann Bagala, Dawn |

| | | |
|---|---|---|
| | | Berndt, Jennifer Cada, Dallas Diamonds, Charlene Daniels, Dayton Rebellion, Delaware Griffins, Debbie Gentz, Cabrina Gilbert, Natalie Gorman, Houston Energy Football, Inc., Robin Howington, Indiana Speed, Dee Kennamer, Melissa A. Korpacz, Long Beach Aftershock, Los Angeles Amazons, Alena Malatesta, Beth Markell, Sarah McClain, Minnesota Vixen, Missouri Avengers, New England Storm,LLC, New York Dazzles, Northern Ice, Esther Pichardo, Beth Razoog, Donna Roebuck, So.Cal Scorpions, Shelly Squires, Christine Sugget, Syracuse Sting, Jody Taylor, The Toledo Reign, Lisa I Vessey, WPFL Board of Directors, Womens Pofessional Football League. Document received: Protective Order. (Johnson, Jay) (Entered: 12/14/2004) |
| 12/21/2004 | 59 | MOTION to Modify Scheduling Order by Melissa A. Korpacz, New England Storm,LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(Johnson, Jay) (Entered: 12/28/2004) |
| 01/04/2005 | 60 | Opposition re 59 MOTION to Modify Scheduling Order filed by Womens Pofessional Football League. (Johnson, Jay) (Entered: 01/05/2005) |
| 01/07/2005 | ❍ | Judge Rya W. Zobel : endorsedORDER entered granting 59 Motion for Modification. Allowed to the extent that all discovery shall be completed by 2/16/05. A further scheduling conference is reset till 2/22/05 at 2:00 p.m. (Urso, Lisa) (Entered: 01/10/2005) |
| 01/07/2005 | 61 | MOTION for Leave to File a reply in support of plaintiffs motion to modify case scheduling order by Melissa A. Korpacz.(Johnson, Jay) (Entered: 01/11/2005) |
| 01/11/2005 | ❍ | NOTICE of Hearing: Status Conference set for 1/19/2005 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 01/11/2005) |
| 01/19/2005 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel : Status Conference held on 1/19/2005. file any motions, if necessary; 2 issues remain; discovery is extended; case to be referred to Mag. Bowler for mediation; (Urso, Lisa) (Entered: 01/20/2005) |
| 01/21/2005 | ❍ | ELECTRONIC NOTICE of assignment to ADR Provider. Magistrate Judge Marianne B. Bowler appointed as mediator. The court will contact counsel about scheduling mediation. |

| | | |
|---|---|---|
| | | (Franklin, Yvonne) (Entered: 01/21/2005) |
| 01/31/2005 | 62 | NOTICE of ADR Conference; Alternative dispute resolution hearing set for 3/7/2005 at 10:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler; All parties must be in attendance for this mediaton; Leave of the court is required for any exceptions.(Saccoccio, Dianalynn) (Entered: 01/31/2005) |
| 02/17/2005 | ❶ | Notice Cancelling Hearing. Hearing cancelled for scheduling conference with Judge Zobel on Tuesday 2/22. Case is in mediation. (Urso, Lisa) (Entered: 02/17/2005) |
| 03/04/2005 | ❶ | Set/Reset Hearings: Alternative dispute resolution hearing set for 3/7/2005 at 10:30 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler; NOTE: TIME CHANGE ONLY. (Saccoccio, Dianalynn) (Entered: 03/04/2005) |
| 03/07/2005 | 63 | REPORT of Alternative Dispute Resolution Provider; Mediation held on 3/7/2005; Case has not settled. (Saccoccio, Dianalynn) (Entered: 03/07/2005) |
| 03/14/2005 | ❶ | NOTICE of Hearing: Further Scheduling Conference set for 4/14/2005 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 03/14/2005) |
| 04/12/2005 | 64 | AGREEMENT/OFFER FOR JUDGMENT *Defendants' Offer of Judgment* by Womens Pofessional Football League. (Gross, Brian) Modified on 4/13/2005 (Johnson, Jay). (Entered: 04/12/2005) |
| 04/14/2005 | ❶ | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Further Scheduling Conference held on 4/14/2005; motion re; damages 4/29/05; opposition 5/13/05; Judge will decide on the papers; Parties to still exchange pleadings & discovery requests; set further conference after decision; (Urso, Lisa) (Entered: 04/15/2005) |
| 04/19/2005 | 65 | Judge Rya W. Zobel : Order ORDER entered. SCHEDULING ORDER: summary judgment motion concerning damages by 4/29/05; opposition 5/13/05; the court will decide on the papers; after a decision, the court will set a further conference. (Urso, Lisa) (Entered: 04/20/2005) |
| 04/29/2005 | 66 | MOTION for Summary Judgment by Long Beach Aftershock, The Toledo Reign, Delaware Griffins, Syracuse Sting, Houston Energy Football, Inc., Arizona Caliente, Indiana Speed, Missouri Avengers, Minnesota Vixen, Dallas |

| | | |
|---|---|---|
| | | Diamonds, New York Dazzles, Los Angeles Amazons, So.Cal Scorpions, Womens Pofessional Football League.(Gross, Brian) (Entered: 04/29/2005) |
| 04/29/2005 | 67 | MEMORANDUM in Support re 66 MOTION for Summary Judgment filed by Long Beach Aftershock, The Toledo Reign, Delaware Griffins, Syracuse Sting, Houston Energy Football, Inc., Arizona Caliente, Indiana Speed, Missouri Avengers, Minnesota Vixen, Dallas Diamonds, New York Dazzles, Los Angeles Amazons, So.Cal Scorpions, Womens Pofessional Football League. (Gross, Brian) (Entered: 04/29/2005) |
| 04/29/2005 | 68 | AFFIDAVIT of Brian D. Gross, Esq. by Womens Pofessional Football League. (Attachments: # 1)(Gross, Brian) (Entered: 04/29/2005) |
| 04/29/2005 | 69 | AFFIDAVIT of Dawn Berndt by Long Beach Aftershock, The Toledo Reign, Delaware Griffins, Syracuse Sting, Houston Energy Football, Inc., Arizona Caliente, Indiana Speed, Missouri Avengers, Minnesota Vixen, Dallas Diamonds, New York Dazzles, Los Angeles Amazons, So.Cal Scorpions, Womens Pofessional Football League. (Attachments: # 1) (Gross, Brian) (Entered: 04/29/2005) |
| 05/11/2005 | 70 | (Assented to) MOTION for Extension of Time to 5/20/05 to File Response/Reply as to 66 MOTION for Summary Judgment by New England Storm,LLC, Melissa A. Korpacz. (Johnson, Jay) (Entered: 05/12/2005) |
| 05/13/2005 | ● | Judge Rya W. Zobel : electronicORDER entered granting 70 Motion for Extension of Time to File Response/Reply re 66 MOTION for Summary Judgment Responses due by 5/20/2005 (Urso, Lisa) (Entered: 05/13/2005) |
| 05/19/2005 | 71 | (Assented to) MOTION for Extension of Time to 5/27/05 to File Response/Reply as to 66 MOTION for Summary Judgment by New England Storm,LLC, Melissa A. Korpacz. (Johnson, Jay) (Entered: 05/20/2005) |
| 05/23/2005 | ● | Judge Rya W. Zobel : electronicORDER entered granting 71 Motion for Extension of Time to File Response/Reply re 66 MOTION for Summary Judgment Responses due by 5/27/2005 (Urso, Lisa) (Entered: 05/23/2005) |
| 05/27/2005 | 73 | MEMORANDUM in Opposition re 66 MOTION for Summary Judgment filed by New England Storm,LLC, |

District of Massachusetts Version 2.5 - Docket Report                                    Page 33 of 37

| | | |
|---|---|---|
| | | Melissa A. Korpacz. (Johnson, Jay) Modified on 6/1/2005 (Johnson, Jay). (w/attached unscanned exhibits) (Entered: 06/01/2005) |
| 05/27/2005 | 74 | DECLARATION of Melissa Korpacz re 73 Memorandum in Opposition to Motion by Melissa A. Korpacz. (Johnson, Jay) (Entered: 06/01/2005) |
| 05/31/2005 | 72 | First MOTION for Order to correct opposition memo by New England Storm,LLC.(O'Konski, Thomas) (Entered: 05/31/2005) |
| 06/01/2005 | ● | Any motions and or replies due 6/7/05 (Urso, Lisa) (Entered: 06/01/2005) |
| 06/07/2005 | 75 | First MOTION for Extension of Time to 6/10/05 to File Response/Reply *To Plaintiffs' Opposition to Defendants' Motion for Summary Judgment* by Robin Howington, Dawn Berndt, Shelly Squires, Jody Taylor, Dee Kennamer, Donna Roebuck, Long Beach Aftershock, Esther Pichardo, Debbie Gentz, The Toledo Reign, Beth Razoog, Delaware Griffins, Alena Malatesta, Dayton Rebellion, Arizona Caliente, Sarah McClain, Dallas Diamonds, Delaware Griffins, Houston Energy Football, Inc., Indiana Speed, Long Beach Aftershock, Los Angeles Amazons, Minnesota Vixen, Missouri Avengers, New York Dazzles, So.Cal Scorpions, Syracuse Sting, Syracuse Sting, The Toledo Reign, Womens Pofessional Football League, Melissa A. Korpacz, New England Storm,LLC, Cabrina Gilbert, Houston Energy Football, Inc., Arizona Caliente, Indiana Speed, New England Storm,LLC, Missouri Avengers, Minnesota Vixen, Dallas Diamonds, New York Dazzles, Marianne B. Bowler, Los Angeles Amazons, Christine Sugget, Ann Bagala, Natalie Gorman, So.Cal Scorpions, Austin Rage, Melissa A. Korpacz, Arizona Knighthawks, Northern Ice, Womens Pofessional Football League, WPFL Board of Directors, Lisa I Vessey, Beth Markell, Charlene Daniels, Jennifer Cada.(Gross, Brian) (Entered: 06/07/2005) |
| 06/08/2005 | ● | Judge Rya W. Zobel : Electronic ORDER entered granting 75 Motion for Extension of Time to File Response/Reply re 66 MOTION for Summary Judgment Responses due by 6/10/2005 (Urso, Lisa) (Entered: 06/08/2005) |
| 06/10/2005 | 76 | MOTION for Leave to File *to reply to Plaintiffs' Opposition to* |

| | | |
|---|---|---|
| | | *its Motion for Summary Judgment* by Long Beach Aftershock, The Toledo Reign, Delaware Griffins, Syracuse Sting, Houston Energy Football, Inc., Arizona Caliente, Indiana Speed, Missouri Avengers, Minnesota Vixen, Dallas Diamonds, New York Dazzles, Los Angeles Amazons, So.Cal Scorpions, Womens Pofessional Football League.(Gross, Brian) (Entered: 06/10/2005) |
| 06/10/2005 | 77 | RESPONSE to Motion re 66 MOTION for Summary Judgment *Reply to Plaintiffs' Opposition to its Motion for Summary Judgment* filed by Long Beach Aftershock, The Toledo Reign, Delaware Griffins, Syracuse Sting, Houston Energy Football, Inc., Arizona Caliente, Indiana Speed, Missouri Avengers, Minnesota Vixen, Dallas Diamonds, New York Dazzles, Los Angeles Amazons, So.Cal Scorpions, Womens Pofessional Football League. (Attachments: # 1) (Gross, Brian) (Entered: 06/10/2005) |
| 06/10/2005 | 79 | Request for Correction of Plaintiff Korpacz Declaration in Support of Plaintiffs Opposition to Defendants Motion for Summary Judgment. (Johnson, Jay) (Entered: 06/14/2005) |
| 06/14/2005 | ❍ | Notice of correction to docket made by Court staff. Correction: #77 Response to Motion corrected because: #1 Wrong Event. #2 Motion for leave to file this document has not been granted. There is a Reply to Response to motion event that should be used once the motion for leave has been allowed. In the future the filer can attach the Reply Memorandum to the motion for leave as an attachment or an exhibit. FYI (Johnson, Jay) (Entered: 06/14/2005) |
| 06/14/2005 | 78 | Assented to MOTION for Leave to File *Surreply* by New England Storm,LLC.(O'Konski, Thomas) (Entered: 06/14/2005) |
| 06/17/2005 | 80 | SUR-REPLY to Motion re 66 MOTION for Summary Judgment filed by New England Storm,LLC, Melissa A. Korpacz. (Johnson, Jay) (Entered: 06/21/2005) |
| 07/08/2005 | 81 | NOTICE of Appearance by Patrick S. Tracey on behalf of all defendants (Tracey, Patrick) (Entered: 07/08/2005) |
| 07/21/2005 | ❍ | Judge Rya W. Zobel : Electronic ORDER entered finding as moot 9 Motion to Dismiss, finding as moot 50 Motion for Protective Order, finding as moot 61 Motion for Leave to File (Urso, Lisa) (Entered: 07/21/2005) |

| | | |
|---|---|---|
| 07/21/2005 | ❍ | NOTICE of Hearing on Motion 66 MOTION for Summary Judgment: Motion Hearing set for 8/16/2005 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 07/21/2005) |
| 08/05/2005 | ❍ | Notice of correction to docket made by Court staff. Correction: #81 Notice of appearance corrected because: Attorney's name and address did not make the docket because counsel must check the box identifying associations when filing their notice of appearance. The clerk will fix. (fyi) (Johnson, Jay) (Entered: 08/05/2005) |
| 08/15/2005 | ❍82 | NOTICE of Withdrawal of Appearance Attorney Brian D. Gross and Patrick S. Tracey terminated. (Tracey, Patrick) (Entered: 08/15/2005) |
| 08/15/2005 | ❍83 | NOTICE of Withdrawal of Appearance (Gross, Brian) (Entered: 08/15/2005) |
| 08/16/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Motion Hearing held on 8/16/2005 re 66 MOTION for Summary Judgment filed by Womens Pofessional Football League,, Long Beach Aftershock,, The Toledo Reign,, Delaware Griffins,, Syracuse Sting,, Houston Energy Football, Inc.,, Arizona Caliente,, Indiana Speed,, Missouri Avengers,, Minnesota Vixen,, Dallas Diamonds,, New York Dazzles,, Los Angeles Amazons,, So.Cal Scorpions,. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 08/16/2005) |
| 08/17/2005 | ❍84 | MOTION to Stay *Discovery* by Long Beach Aftershock, The Toledo Reign, Delaware Griffins, Arizona Caliente, Dallas Diamonds, Delaware Griffins, Houston Energy Football, Inc., Indiana Speed, Long Beach Aftershock, Los Angeles Amazons, Minnesota Vixen, New York Dazzles, So.Cal Scorpions, Syracuse Sting, Syracuse Sting, The Toledo Reign, Womens Pofessional Football League, Houston Energy Football, Inc., Arizona Caliente, Indiana Speed, Minnesota Vixen, Dallas Diamonds, New York Dazzles, Los Angeles Amazons, So.Cal Scorpions, Womens Pofessional Football League.(Tracey, Patrick) (Entered: 08/17/2005) |
| 08/22/2005 | ❍85 | MEMORANDUM OF LAW in Opposition by New England Storm,LLC, Melissa A. Korpacz to 83 Notice of Withdrawal of Appearance. (Johnson, Jay) (Entered: 08/23/2005) |

| 08/23/2005 | ●86 | Letter/request (non-motion) from Patrick Tracey regarding LR 7.1 compliance. (Johnson, Jay) (Entered: 08/24/2005) |
|---|---|---|
| 08/24/2005 | ● | Although the motion was filed electronically on 8/17, the opposition shall be filed as if the motion was filed on 8/19. (Urso, Lisa) (Entered: 08/24/2005) |
| 08/29/2005 | ●87 | MEMORANDUM in Opposition re 84 MOTION to Stay *Discovery* filed by New England Storm,LLC, Melissa A. Korpacz. (Attachments: # 1 part 2)(Johnson, Jay) (Entered: 08/30/2005) |
| 08/29/2005 | ●88 | Letter/request (non-motion) from Melissa Korpacz. (Attachments: # 1 declaration of Dee A. Kennamer)(Johnson, Jay) (Entered: 08/30/2005) |
| 09/06/2005 | ● | Judge Rya W. Zobel : Electronic ORDER entered granting 84 Motion to Stay Discovery (Johnson, Jay) (Entered: 09/06/2005) |
| 11/03/2005 | ● | Judge Rya W. Zobel : ElectronicORDER entered granting 76 Motion for Leave to File, granting 78 Motion for Leave to File (Urso, Lisa) (Entered: 11/03/2005) |
| 12/14/2005 | ● | Mail Returned as Undeliverable. Mail sent to Melissa Korpacz. (Jones, Sherry) (Entered: 12/14/2005) |
| 12/14/2005 | ● | Mail Returned as Undeliverable. Mail sent to Melissa A. Korpacz (unable to forward) (Johnson, Jay) (Entered: 12/20/2005) |
| 01/27/2006 | ●89 | Judge Rya W. Zobel : Memorandum of Decision ;ORDER entered granting 66 Motion for Summary Judgment on all counts. Judgment may be entered for defendants. (Urso, Lisa) (Entered: 01/30/2006) |
| 01/30/2006 | ●90 | Judge Rya W. Zobel : ORDER entered. JUDGMENT in favor of defendants against plaintiffs(Urso, Lisa) (Entered: 01/30/2006) |
| 03/01/2006 | ●91 | NOTICE OF APPEAL as to 90 Judgment by Melissa A. Korpacz. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/21/2006. (Johnson, Jay) (Entered: |

| | | 03/02/2006) | | |