# United States Court of Appeals
## For the First Circuit

04-10735
Massachusetts (B)
R. Zobel

---

No. 06-1603

MELISSA A. KORPACZ, J.D., ET AL.,

Plaintiffs, Appellants,

v.

WOMEN'S PROFESSIONAL FOOTBALL LEAGUE (WPFL), ET AL.,

Defendants, Appellees.

---

Before

Selya, Lynch and Howard,
Circuit Judges.

---

JUDGMENT

Entered: June 16, 2006

Because counterclaims were outstanding when the notice of appeal was filed, this appeal is dismissed for lack of jurisdiction. Once the counterclaims are adjudicated or withdrawn, then plaintiffs may file a new appeal.

Dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____

Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7.7.06

[cc: Melissa A. Korpacz,JD, Kevin Gannon, Esq., Thomas C. O'Konski,
Esq., Brian D. Gross, Esq., Carlton D. Wilde, Esq., Kerri L.
McComiskey, Esq., Patrick S. Tracey, Esq.]