# United States Court of Appeals
## For the First Circuit

*[handwritten: 04-10735 Massachusetts (B) R. Zobel]*

No. 06-1603

MELISSA A. KORPACZ, J.D., ET AL.,

Plaintiffs, Appellants,

v.

WOMEN'S PROFESSIONAL FOOTBALL LEAGUE (WPFL), ET AL.,

Defendants, Appellees.

Before

Selya, Lynch and Howard,
 Circuit Judges.

JUDGMENT

Entered: June 16, 2006

   Because counterclaims were outstanding when the notice of appeal was filed, this appeal is dismissed for lack of jurisdiction.  Once the counterclaims are adjudicated or withdrawn, then plaintiffs may file a new appeal.

   Dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER
By: _____
     Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*Jennifer Giliardi* (signature)
Deputy Clerk

Date: 7.7.06

[cc: Melissa A. Korpacz, JD, Kevin Gannon, Esq., Thomas C. O'Konski, Esq., Brian D. Gross, Esq., Carlton D. Wilde, Esq., Kerri L. McComiskey, Esq., Patrick S. Tracey, Esq.]