UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MELISSA A. KORPACZ and<br>NEW ENGLAND STORM, LLC,<br><br>       Plaintiffs,<br><br>  v.<br><br>WOMEN'S PROFESSIONAL FOOTBALL LEAGUE<br>et al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br>No. 04-10735-RWZ |
| WOMEN'S PROFESSIONAL FOOTBALL LEAGUE,<br>LONG BEACH AFTERSHOCK,<br>THEE TOLEDO REIGN,<br>DELAWARE GRIFFINS,<br>SYRACUSE STING,<br>HOUSTON ENERGY,<br>ARIZONA CALIENTE,<br>INDIANA SPEED,<br>MISSOURI AVENGERS,<br>MINNESOTA VIXEN,<br>DALLAS DIAMONDS,<br>NEW YORK DAZZLES,<br>LOS ANGELES AMAZONS,<br>SOCAL SCORPIONS,<br><br>       Counter-plaintiffs,<br><br>  v.<br><br>MELISSA A. KORPACZ and<br>NEW ENGLAND STORM, LLC,<br><br>       Counter-defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.5.2(c) of the United States District Court for the District of Massachusetts, Brian D. Gross, Patrick S. Tracey, and Kerri L. McComiskey, of Cooley Manion Jones LLP (collectively "Cooley Manion Jones"), attorneys for Defendants Women's Professional Football League, the Long Beach

Aftershock, the Toledo Reign, the Delaware Griffins, the Syracuse Sting, Houston Energy Football, Inc., the Indiana Speed, the Missouri Avengers, the Minnesota Vixens, the Dallas Diamonds, New York Dazzle Football, the Arizona Caliente, the Los Angeles Amazons, and the Southern California Scorpions (collectively, "Defendants"), move this Court for leave to withdraw from the above entitled action and for an order that the docket of this action reflect such withdrawal.

In support of this motion, Cooley Manion Jones states as follows:

1. There has been a deterioration and breakdown in the professional relationship between counsel and Defendants to an extent that requires that counsel seek leave from this Court to withdraw from representation.

2. Defendants have substantially failed to fulfill an obligation to Cooley Manion Jones regarding their services and for more than two years have been given numerous and reasonable warnings that Cooley Manion Jones will withdraw unless the obligation is fulfilled;

3. Withdrawal can be accomplished without material adverse effect on the interests of the Defendants;

4. The Court granted Summary Judgment to Defendants on all counts of Plaintiffs' Amended Complaint. Consequently, the only matters pending before this Court are Defendants' counterclaims against Plaintiffs; and

5. There is currently no trial date.

WHEREFORE, Brian D. Gross, Patrick S. Tracey, and Kerri L. McComiskey respectfully request that the Court:

1. Allow their Motion For Leave to Withdraw Appearance;

2. Provide Defendants sufficient time to select and prepare new counsel to move forward with the prosecution of their counterclaims against Plaintiffs; and

3. Grant such other relief that the Court finds to be just and proper.

Respectfully submitted,

_____
Brian D. Gross, BBO #637718
Patrick S. Tracey, BBO #659626
Kerri L. McComiskey, BBO #
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 022110-3536
(T) 617-737-3100
(F) 617-737-1191

DATED: October 17, 2007

### CERTIFICATE OF SERVICE

This is to certify that on this 17th day of October 2007, a true and correct copy of the foregoing motion was served upon all counsel of record via electronic service and first class mail, postage prepaid.

_____
Brian D. Gross

169023v1