FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2007 OCT 29  P 4: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

MELISSA A. KORPACZ and )
NEW ENGLAND STORM, LLC, )
 )
      Plaintiffs, )
 )
v. )  Civil Action
 )  No. 04-10735-RWZ
WOMEN'S PROFESSIONAL FOOTBALL LEAGUE )
et al., )
 )
      Defendants. )
 )
WOMEN'S PROFESSIONAL FOOTBALL LEAGUE, )
LONG BEACH AFTERSHOCK, )
THEE TOLEDO REIGN, )
DELAWARE GRIFFINS, )
SYRACUSE STING, )
HOUSTON ENERGY, )
ARIZONA CALIENTE, )
INDIANA SPEED, )
MISSOURI AVENGERS, )
MINNESOTA VIXEN, )
DALLAS DIAMONDS, )
NEW YORK DAZZLES, )
LOS ANGELES AMAZONS, )
SOCAL SCORPIONS, )
 )
      Counter-plaintiffs, )
 )
v. )
 )
MELISSA A. KORPACZ and )
NEW ENGLAND STORM, LLC, )
 )
      Counter-defendants. )
 )

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.5.2(c) of the United States District Court for the District of Massachusetts, Carlton D. Wilde, Jr., of Franklin, Cardwell & Jones collectively "Franklin, Cardwell & Jones"), attorneys for Defendants Women's Professional Football League, the Long Beach Aftershock, the Toledo Reign, the

Delaware Griffins, the Syracuse Sting, Houston Energy Football, Inc., the Indiana Speed, the Missouri Avengers, the Minnesota Vixens, the Dallas Diamonds, New York Dazzle Football, the Arizona Caliente, the Los Angeles Amazons, and the Southern California Scorpions (collectively, "Defendants"), move this Court for leave to withdraw from the above entitled action and for an order that the docket of this action reflect such withdrawal.

Also, because Mr. Wilde is not registered with the United States District Court for the District of Massachusetts, Franklin, Cardwell & Jones is unable to file this motion electronically. It is requested that this Court accept the Motion to be filed in person at the clerk's office.

In support of this motion, Franklin, Cardwell & Jones states as follows:

1. There has been a deterioration and breakdown in the professional relationship between counsel and Defendants to an extent that requires that counsel seek leave from this Court to withdraw from representation.

2. Defendants have substantially failed to fulfill an obligation to Franklin, Cardwell & Jones regarding their services and for more than two years have been given numerous and reasonable warnings that Franklin, Cardwell & Jones will withdraw unless the obligation is fulfilled;

3. Withdrawal can be accomplished without material adverse effect on the interests of the Defendants;

4.  The Court granted Summary Judgment to Defendants on all counts of Plaintiffs' Amended Complaint. Consequently, the only matters pending before this Court are Defendants' counterclaims against Plaintiffs; and

5.  There is currently no trial date.

WHEREFORE, Carlton D. Wilde, Jr. respectfully request that the Court:

1.  Allow their Motion For Leave to Withdraw Appearance;

2.  Provide Defendants sufficient time to select and prepare new counsel to move forward with the prosecution of their counterclaims against Plaintiffs; and

3.  Grant such other relief that the Court finds to be just and proper.

Respectfully submitted,

FRANKLIN, CARDWELL & JONES, P.C.

_____
Carlton D. Wilde, Jr.
Bar Card No. 21458001
1001 McKinney, Suite 1800
Houston, Texas 77002
(T) 713-222-6025
(F) 713-222-0938

### CERTIFICATE OF SERVICE

This is to certify that on this 29th day of October, 2007, a true and correct copy of the foregoing instrument was duly served upon all parties or their counsel of record by facsimile, hand-delivery and/or certified mail, return receipt requested, by placing same in the United States Mail, postage prepaid, and a true copy of said instrument has been promptly filed with the Court together with this proof of service.

_____
Carlton D. Wilde, Jr.