UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 04-10735-RWZ


MELISSA A. KORPACZ
and
NEW ENGLAND STORM, LLC

v.

WOMEN'S PROFESSIONAL FOOTBALL LEAGUE, *et al.*


ORDER
November 26, 2007

ZOBEL, D.J.

 Counsel for all defendants moved for leave to withdraw their appearance. The court allowed the motion and ordered defendants to obtain new counsel who were to enter their appearance by November 21, 2007. It further stated that should new counsel not appear, the defendants' counterclaims would be dismissed for lack of prosecution. No appearance has been filed. It is therefore ordered that the counterclaims be dismissed.

 Judgment may be entered accordingly.


  November 26, 2007       /s/Rya W. Zobel
    DATE           RYA W. ZOBEL
              UNITED STATES DISTRICT JUDGE