UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MELISSA A. KORPACZ ET AL**
          **Plaintiff**

V.

**WOMEN'S PROFESSIONAL FOOTBALL**
          **Defendant**

CIVIL ACTION

NO. 04CV10735-RWZ

## JUDGMENT

**ZOBEL, D. J.**

In accordance with the ORDER entered on 11/26/07;

Judgment is entered for DISMISSING the counterclaims.

          By the Court,

11/27/07            s/ Lisa A. Urso
Date            Deputy Clerk